*815/467-0300*

Thursday, 23 December, 2004  10:45:23 AM

E-FILED
Clerk, U.S. District Court, ILCD

RECEIVED
JAN 0 7 20..
H.W. FUND C. IND.
H & W FUND

□002

### LANDSCAPING
### MEMORANDUM OF AGREEMENT

THIS AGREEMENT made and entered into by and between *EARTHCRAFTERS INC* *O. BOX 881 MINOOKA IL 60447* _____ its successors and assigns, hereinafter referred to as the "EMPLOYER", First Party, and LOCAL 150, INTERNATIONAL UNION OF OPERATING ENGINEERS, hereinafter referred to as the "UNION" Second Party.

THIS AGREEMENT is made in consideration of the instant promises of the First and Second Parties and the parties do hereby agree as follows:

1. THE EMPLOYER recognizes the UNION as the sole and exclusive bargaining representative for and on behalf of the employees of the EMPLOYER within the territorial and occupational jurisdiction of the UNION. Prior to recognition, the EMPLOYER was presented and reviewed valid written evidence of the UNION's exclusive designation as bargaining representative by the majority of appropriate bargaining unit employees of EMPLOYER.

2. The Parties agree that the EMPLOYER is part of a single bargaining unit made up of all employers party to the Master Agreement adopted herein.

3. The Parties do hereby adopt the Master Agreement dated December 1, 1985 as amended to November 30, 1996, entered into by and between the UNION and the **NORTHERN ILLINOIS LANDSCAPE CONTRACTORS (ILLINOIS AND INDIANA LANDSCAPE CONTRACTORS LABOR AGREEMENT)** and the parties do hereby mutually agree to be bound by the terms and conditions of that Master Agreement and the Agreement and Declaration of Trust of Midwest Operating Engineers Welfare Fund and all amendments heretofore or hereafter made thereto, as though the same were fully incorporated herein. The Employer acknowledges that he has received a copy of the aforesaid Master Agreement, that he has reviewed same, and that he is aware of the obligations arising thereunder.

4. This Agreement and the adoption of the Master Agreement and Agreement and Declaration of Trust referred to in paragraph 3 above shall be effective as of *MARCH 1ST. 2001* and remain in effect to and including the expiration date of the Master Agreement adopted herein. This Agreement shall continue in effect from year to year thereafter and specifically adopt any Master Agreement entered into between the Union and **NORTHERN ILLINOIS LANDSCAPE CONTRACTORS** subsequent to the expiration date of the Master Agreement herein adopted unless notice of termination or amendment is given in the manner provided herein.

5. Either Party desiring to amend or terminate this Memorandum of Agreement must notify the other in writing at least three (3) calendar months prior to the expiration of the Master Agreement adopted herein.

IN WITNESS WHEREOF, the Parties have executed this Memorandum of Agreement the _____*1ST*_____ day of *MARCH* , *2001*

*ARTHCRAFTERS INC.*
Employer

By X _____
*VICE PRESIDENT*
Title

*STEVE DAVIS*

LOCAL 150, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO

By _____
William E. Dugan
_____
Steven M. Cisco
_____
Carlos Villalpando

36

EXHIBIT
A
tabbies

Below this line for office used only

| | | |
|---|---|---|
| NO: | Fringe Benefits - Unincorporated Owner/Operator | |
| X | YES: | Fringe Benefits - Bargaining Unit Employees |
| | YES: | Fringe Benefits - Employees Qualified Under 168 Hour ... |

OFFICE COPY