# CAVANAGH & O'HARA
### Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara

James P. Moody
Daniel M. McLaughlin*
*Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

Swansea Office
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
TeleFax (618) 222-6755

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

September 1, 2004

**Via Certified Mail**
Earthcrafters
**Attn: Steve Davis**
2636 East 28th Road
Marseilles, IL    61341-9529

    Re:    **Railroad Maintenance and Industrial Health & Welfare Fund**
             **Payroll Compliance Audit**

Dear Mr. Davis:

    Please be advised, this firm represents the Railroad Maintenance and Industrial Health & Welfare Fund. As such, we have been notified that your company has failed to comply with a payroll audit as provided for under the provisions of the Illinois and Indiana Landscape Contractors Labor Agreement.

    Romolo & Associates have been engaged by the Trustees to conduct an examination of your payroll records and employers contribution reports for the period of <u>March 1, 2001 through current</u>. The following is a list of the records the auditor will need in order to complete the payroll compliance audit:

1. Payroll journals;
2. Individual earnings and time records on all employees;
3. Annual earnings reports (W-2 and W-3);
4. Quarterly employer's federal withholding and FICA tax returns (Forms 941);
5. Quarterly employer's contribution and wage reports for state unemployment compensation (Forms UI-3);
6. Employer's copies of monthly contributions reports to the Fund;
7. All pertinent personnel file information;
8. Case disbursement records;
9. Payments to subcontractors (Forms 1096 and 1099);
10. Most recent Union contract; and
11. Federal income tax returns.



EXHIBIT
C

Earthcrafters
September 1, 2004
Page 2


Please contact this office on or before September 15, 2004, with respect to scheduling a payroll audit of your company. Failure to do so will leave us no other alternative than to file formal legal proceedings to compel same.

Please govern yourself accordingly.

Very truly yours,

Patrick J. O'Hara
Attorney at Law


cc:   Railroad Maintenance & Industrial Health & Welfare Fund/Dora Crenshaw
      Michelle Shadid/Romolo & Associates
      Earthcrafters, via regular mail
      Earthcrafters, via certified and regular mail
      Post Office Box 881        and    108 North Deerpath Drive
      Minooka, IL 60447                 Minooka, IL 60447
PJO/rd
F:\files\RAILROAD\L-Earthcrafters.AUD.wpd

# CAVANAGH & O'HARA
Attorneys At Law

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara

James P. Moody
Daniel M. McLaughlin*
*Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

*Swansea Office*
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
TeleFax (618) 222-6755

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

September 16, 2004

**FINAL NOTICE**

**Via Certified Mail**
Earthcrafters, Inc.
**Attn: Steve Davis**
2636 East 28th Road
Marseilles, IL    61341-9529

Re:   Railroad Maintenance and Industrial Health & Welfare Fund
      Payroll Compliance Audit

Dear Mr. Davis:

This firm represents the Railroad Maintenance and Industrial Health & Welfare Fund. As such, we have been notified that your company has failed to comply with a payroll audit as provided for under the provisions of the Illinois and Indiana Landscape Contractors Labor Agreement.

Romolo & Associates have been engaged by the Trustees to conduct an examination of your payroll records and employers contribution reports for the period of **March 1, 2001 through current**. The following is a list of the records the auditor will need in order to complete the payroll compliance audit:

1. Payroll journals;
2. Individual earnings and time records on all employees;
3. Annual earnings reports (W-2 and W-3);
4. Quarterly employer's federal withholding and FICA tax returns (Forms 941);
5. Quarterly employer's contribution and wage reports for state unemployment compensation (Forms UI-3);
6. Employer's copies of monthly contributions reports to the Fund;
7. All pertinent personnel file information;
8. Case disbursement records;
9. Payments to subcontractors (Forms 1096 and 1099);
10. Most recent Union contract; and
11. Federal income tax returns.

Earthcrafters
September 16, 2004
Page 2

**Please contact this office on or before September 27, 2004, with respect to scheduling a payroll audit of your company.** Please be advised, this will be the <u>last</u> letter to you prior to this office filing formal legal proceedings within the U.S. District Court in order to compel said audit.

Very truly yours,

Patrick J. O'Hara
Attorney at Law

cc: Railroad Maintenance & Industrial Health & Welfare Fund/Dora Crenshaw
Michelle Shadid/Romolo & Associates
Earthcrafters, Inc., via regular mail
PJO/rd
F:\files\RAILROAD\L-Earthcrafters.FNL.AUD.wpd

# CAVANAGH & O'HARA
Attorneys At Law

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara

James P. Moody
Daniel M. McLaughlin*
*Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

Swansea Office
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
TeleFax (618) 222-6755

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

December 3, 2004

**Via Certified Mail**
Earthcrafters, Inc.
**Attn: Faye Davis**
2636 East 28th Road
Marseilles, IL   61341-9529

Re:   **Railroad Maintenance and Industrial Health & Welfare Fund Payroll Compliance Audit**

Dear Ms. Davis:

As you know, this firm represents the Railroad Maintenance and Industrial Health & Welfare Fund. The Delinquency Committee of the Board of Trustees has reviewed your position with respect to refusal to pay health and welfare benefits on behalf of your employees and your refusal to comply with a payroll audit, due to a robbery which occurred at your business.

The Trustees have determined that accusing employees of robbing your company <u>does not</u> eliminate your obligations under the collective bargaining agreement. You continued to have a contractual obligation to comply with the collective bargaining agreement.

Accordingly, please contact this office on or before Monday, December 13, 2004, with respect to scheduling a payroll audit of your company. Please be advised, this will be the <u>last</u> letter to you prior to this office filing formal legal proceedings with the U.S. District Court in order to compel said audit.

Should you have any questions, please do not hesitate to contact this office.

Very truly yours,

Patrick J. O'Hara
Attorney at Law

cc:   Railroad Maintenance & Industrial Health & Welfare Fund/Dora Crenshaw
Michelle Shadid/Romolo & Associates
Earthcrafters, Inc., via regular mail

PJO/rd
F:\files\RAILROAD\Earthcrafters\L-Earthcrafters.DenRef.wpd