E-FILED
Thursday, 23 December, 2004 10:46:22 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. |
| FAYE M. DAVIS d/b/a EARTHCRAFTERS | ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, PATRICK J. O'HARA, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 09/01/04 | Received and reviewed correspondence from Fund Office regarding lack of compliance with audit scheduling; Letter to employer demanding compliance, via certified and regular mail. | 0.70 |
| 09/09/04 | Received and reviewed returned certified mail directed to Post Office Box with forwarding order to Marseilles address. | 0.10 |
| 09/15/04 | Preparation of correspondence to Michelle Shadid of Romolo and Associates regarding audit scheduling; Telephone conference with Michelle Shadid regarding audit not yet scheduled. | 0.10 |
| 09/16/04 | Preparation of final notice to employer regarding compliance with audit scheduling, via certified and regular mail; Research corporate status. | 0.50 |
| 09/27/04 | Telephone conference with Romolo and Associates regarding status of audit scheduling; Employer has still not been in contact; Transmittal of correspondence to Dora Crenshaw at Fund Office regarding further handling. | 0.15 |
| 09/29/04 | Received and reviewed correspondence from Dora Crenshaw regarding contact by Faye Davis of employer; Review file; Research phone number | |


EXHIBIT D

|  |  |  |
|---|---|---|
|  | of employer; Telephone conference with Faye Davis; Discussion regarding alleged robbery of company by Union employees and closing of business; Discussion regarding conversation with Dora Crenshaw regarding same and taking matter before Board of Trustees. | 0.45 |
| 10/14/04 | Received and reviewed unclaimed certified mail from employer regarding audit scheduling. | 0.10 |
| 12/03/04 | Received and reviewed correspondence from Fund Office with regard to employer's refusal to submit to payroll compliance audit due to robbery; Preparation of letter to Faye Davis regarding continued contractual obligation with regard to collective bargaining agreement. | 1.00 |
| 12/14/04 | Review file; Telephone conference with Romolo & Associates regarding audit scheduling; No audit has been scheduled; Preparation of draft Complaint to compel an audit; Preparation of draft Affidavit in Support of Attorney's Fees; Begin assembly of exhibits; Telephone conference with La Salle County Sheriff regarding fee for service of Complaint. | 1.75 |
| 12/20/04 | Preparation of revisions to Complaint; Finalize Complaint and Affidavit in Support of Attorney's Fees; Preparation of Summons, Civil Cover Sheet, Certificate of Interest; Assembly of exhibits; Transmittal of same via email to U.S. District Court for filing of new case. | 1.00 |
|  | TOTAL HOURS 5.85 x $120.00 PER HOUR | $702.00 |
| 12/20/04 | U.S. District Court – Filing Fee | $150.00 |
| 12/20/04 | La Salle County Sheriff – Service Fee | 39.00 |
|  | **TOTAL COSTS AND FEES** | **$891.00** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____
PATRICK J. O'HARA
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
patrick@cavanagh-ohara.com

2

SUBSCRIBED and SWORN to before me this 20th day of December, 2004.

_____
Notary Public

F:\files\RAILROAD\Earthcrafters\A-Earthcrafters.FEE.wpd

OFFICIAL SEAL
**RITA DOLACK**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-8-2006