**E-FILED**
Thursday, 23 December, 2004  10:54:33 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. |
| FAYE M. DAVIS d/b/a EARTHCRAFTERS | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for RAILROAD MAINTENANCE AND INDUSTRIAL

HEALTH AND WELFARE FUND, furnished the following in compliance with Standing Order CDIL

of this Court.

(a)    Railroad Maintenance and Industrial Health and Welfare Fund.

(b)    Not applicable.

(c)    CAVANAGH & O'HARA
       William K. Cavanagh
       Michael W. O'Hara
       Patrick J. O'Hara
       James P. Moody
       Daniel McLaughlin
       John T. Long

DATED this 20th day of December, 2004.

s/ Patrick J. O'Hara
PATRICK J. O'HARA
**CAVANAGH & O'HARA**
407 East Adams
Post Office Box 5043
Springfield, Illinois 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
patrick@cavanagh-ohara.com

F:\files\RAILROAD\Earthcrafters\C-Interest.Earthcrafters.wpd