E-FILED
Tuesday, 08 February, 2005 01:54:59 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND,

    Plaintiff,

**V.**

FAYE M. DAVIS d/b/a EARTHCRAFTERS,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-3276

TO: (Name and address of defendant)

 Faye M. Davis, Owner -- PERSONAL SERVICE ONLY
 2636 East 28th Road
 Marseilles, IL 61341-9529
 (815) 357-8534

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

 Patrick J. O'Hara
 Cavanagh & O'Hara
 407 East Adams Street
 Post Office Box 5043
 Springfield, IL 62705
 (217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: [signature redacted]

DATE: 12-27-04

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: February 6th, 2005 |
| NAME OF SERVER (PRINT): T. L. PAKENHAM | TITLE: DEPUTY SHERIFF |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 2634 E. 28TH RD MARSEILLES, IL

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 25.00 | 14.00 | 39.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 6th, 2005
Date

Signature of Server: Dep T. L. Pakenham

Address of Server: 707 Etna Rd, Ottawa, IL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.