IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.   04-3273 |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) ) | |
| Defendant. | ) | |

**REQUEST FOR ENTRY OF DEFAULT**

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, states as follows:

1. That the Complaint in this matter was filed on December 27, 2004.

2. That on February 6, 2005, FAYE M. DAVIS d/b/a EARTHCRAFTERS, was duly served by the La Salle County Sheriff's Department, with said Complaint and Summons. A copy of the Proof of Service of Summons is attached hereto as **Exhibit A**.

3. That the Defendant has failed to file a responsive pleading within the statutory time frame.

4. Pursuant to Standing Order attached hereto and incorporated herein is the Affidavit of Patrick J. O'Hara in Support of the Motion for Default Judgment.

WHEREFORE, Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, prays that this Court enter Default Judgment against Defendant, FAYE M. DAVIS d/b/a EARTHCRAFTERS, and in favor of Plaintiff.

                RAILROAD MAINTENANCE AND INDUSTRIAL
                HEALTH AND WELFARE FUND, Plaintiff,

By:         s/ Patrick J. O'Hara
                PATRICK J. O'HARA
                **CAVANAGH & O'HARA**
                Attorney for Plaintiff
                407 East Adams Street
                Post Office Box 5043
                Springfield, IL 62705
                Telephone: (217) 544-1771
                Fax: (217) 544-9894
                patrick@cavanagh-ohara.com

## PROOF OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 3rd day of March, 2005:

        Faye M. Davis
        Earthcrafters
        2636 East 28th Road
        Marseilles, IL 61341-9529

and that the original was filed with the Clerk of the Court in which said cause is pending.

                RAILROAD MAINTENANCE AND INDUSTRIAL
                HEALTH AND WELFARE FUND, Plaintiff,

By:         s/ Patrick J. O'Hara
                PATRICK J. O'HARA
                **CAVANAGH & O'HARA**
                Attorney for Plaintiff
                407 East Adams Street
                Post Office Box 5043
                Springfield, IL 62705
                Telephone: (217) 544-1771
                Fax: (217) 544-9894
                patrick@cavanagh-ohara.com