IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.   04-3273 |
| FAYE M. DAVIS d/b/a EARTHCRAFTERS, | ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

PATRICK J. O'HARA, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiff and in such capacity represents the Plaintiff in the above-entitled and numbered action;

That on February 6, 2005, FAYE M. DAVIS d/b/a EARTHCRAFTERS, was duly served by the La Salle County Sheriff's Department, with said Complaint and Summons in this action, as shown by the attached **Exhibit A**; that the said Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendant is not an infant or an incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim of Plaintiff is for an account be taken by the Plaintiff as to wages received and hours worked by Defendant's employees from March 1, 2001, through current, in order to determine amounts required to be paid by the Defendant to the Plaintiff, and attorneys fees and court costs to date in the amount of $1,893.00, as shown by the attached **Exhibit B**. That this Affidavit is made for the

purpose of requesting that Default Judgment be entered against the Defendant, FAYE M. DAVIS d/b/a EARTHCRAFTERS

                                                s/ Patrick J. O'Hara
                                                PATRICK J. O'HARA
**CAVANAGH & O'HARA**
Attorney for Plaintiff
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
patrick@cavanagh-ohara.com

Subscribed and sworn to before me this 3rd day of March, 2005.

OFFICIAL SEAL
RITA DOLACK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-8-2006

                                                Rita Dolack
                                                NOTARY PUBLIC