IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, </br></br>Plaintiff, </br></br>-vs- </br></br>FAYE M. DAVIS d/b/a Earthcrafters, </br></br>Defendant. | ) ) ) ) ) ) )     No. 04-CV-3273 ) ) ) ) |

## ORDER OF DEFAULT

**BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:**

This cause coming on to be heard before the Court upon Plaintiff's Request for Entry of Default [5] of Defendant Faye M. Davis d/b/a Earthcrafters. The Court, being fully advised in the premises, finds that Defendant Faye M. Davis d/b/a Earthcrafters has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant Faye M. Davis d/b/a Earthcrafters for her failure to answer in this cause in a timely manner as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiff

makes application to the District Court for the entry of a default judgment against Defendant

Faye M. Davis d/b/a Earthcrafters.

ENTERED this 3rd day of March, 2005.

s/ Byron G. Cudmore
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE