IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.   04-3273 |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT JUDGMENT

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and moves this Court for a Default Judgment against the Defendant, FAYE M. DAVIS d/b/a EARTHCRAFTERS, and in support thereof, states:

1. That the Complaint in this matter was filed on December 27, 2004.

2. That on February 6, 2005, Defendant FAYE M. DAVIS d/b/a EARTHCRAFTERS, was duly served by the La Salle County Sheriff's Department, with said Complaint and Summons.

3. That the Defendant has failed to file a responsive pleading within the time frame allowed by this Honorable Court.

4. That this Honorable Court entered an Order of Default on March 3, 2005.

5. That the Plaintiffs are entitled to their attorney fees incurred in this matter. Attached hereto and incorporated herein, as **Exhibit A**, is the Amended Affidavit in Support of Attorney Fees of Patrick J. O'Hara.

WHEREFORE, Plaintiffs pray for Judgment against the Defendant, FAYE M. DAVIS

d/b/a EARTHCRAFTERS, as follows:

A.  That Judgment be entered in favor of the Plaintiffs and against the Defendant for an account be taken by the Plaintiff as to wages received and hours worked by Defendant's employees from March 1, 2001, through current, in order to determine amounts required to be paid by the Defendant to the Plaintiff;

B.  That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs the required wage/fringe benefit contribution reporting forms in conformity with the requirement of Plaintiffs' Trust;

C.  That Defendant be decreed to pay to the Plaintiffs their attorney fees and costs to date in the amount of $1,995.00, as provided by the trust agreement and ERISA, 29 U.S.C. Section 1132(g)(2); and

D.  That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, Plaintiff,

By: _____s/ Patrick J. O'Hara_____
PATRICK J. O'HARA
**CAVANAGH & O'HARA**
Attorney for Plaintiff
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
patrick@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 7th day of March, 2005:

Faye M. Davis
Earthcrafters
2636 East 28th Road
Marseilles, IL 61341-9529

and that the original was filed with the Clerk of the Court in which said cause is pending.

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, Plaintiff,

By: _____s/ Patrick J. O'Hara_____
PATRICK J. O'HARA
**CAVANAGH & O'HARA**
Attorney for Plaintiff
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
patrick@cavanagh-ohara.com