**E-FILED**
Monday, 07 March, 2005 09:10:12 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 04-3273 |
| FAYE M. DAVIS d/b/a EARTHCRAFTERS | ) | |
| Defendant. | ) | |

**AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES**

I, PATRICK J. O'HARA, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| *DATE* | *DESCRIPTION* | *TIME* |
|---|---|---|
| 09/01/04 | Received and reviewed correspondence from Fund Office regarding lack of compliance with audit scheduling; Letter to employer demanding compliance, via certified and regular mail. | 0.70 |
| 09/09/04 | Received and reviewed returned certified mail directed to Post Office Box with forwarding order to Marseilles address. | 0.10 |
| 09/15/04 | Preparation of correspondence to Michelle Shadid of Romolo and Associates regarding audit scheduling; Telephone conference with Michelle Shadid regarding audit not yet scheduled. | 0.10 |
| 09/16/04 | Preparation of final notice to employer regarding compliance with audit scheduling, via certified and regular mail; Research corporate status. | 0.50 |
| 09/27/04 | Telephone conference with Romolo and Associates regarding status of audit scheduling; Employer has still not been in contact; Transmittal of correspondence to Dora Crenshaw at Fund Office regarding further handling. | 0.15 |
| 09/29/04 | Received and reviewed correspondence from Dora Crenshaw regarding contact by Faye Davis of employer; Review file; Research phone number | |





| | | |
|---|---|---|
| | of employer; Telephone conference with Faye Davis; Discussion regarding alleged robbery of company by Union employees and closing of business; Discussion regarding conversation with Dora Crenshaw regarding same and taking matter before Board of Trustees. | 0.45 |
| 10/14/04 | Received and reviewed unclaimed certified mail from employer regarding audit scheduling. | 0.10 |
| 12/03/04 | Received and reviewed correspondence from Fund Office with regard to employer's refusal to submit to payroll compliance audit due to robbery; Preparation of letter to Faye Davis regarding continued contractual obligation with regard to collective bargaining agreement. | 1.00 |
| 12/14/04 | Review file; Telephone conference with Romolo & Associates regarding audit scheduling; No audit has been scheduled; Preparation of draft Complaint to compel an audit; Preparation of draft Affidavit in Support of Attorney's Fees; Begin assembly of exhibits; Telephone conference with La Salle County Sheriff regarding fee for service of Complaint. | 1.75 |
| 12/20/04 | Preparation of revisions to Complaint; Finalize Complaint and Affidavit in Support of Attorney's Fees; Preparation of Summons, Civil Cover Sheet, Certificate of Interest; Assembly of exhibits; Transmittal of same via email to U.S. District Court for filing of new case. | 1.00 |
| 12/29/04 | Received and reviewed issued Summons; Letter to La Salle County Sheriff regarding service of Summons and Complaint. | 0.35 |
| 01/06/05 | Received and reviewed unclaimed certified mail regarding continued obligation under Collective Bargaining Agreement; previously forwarded via regular mail. | 0.10 |
| 02/08/05 | Received and reviewed Affidavit of Service of Summons and Complaint; Transmittal of same to U.S. District Court, via e-file; Letter to La Salle County Sheriff enclosing payment for services. | 0.45 |
| | Received and reviewed file-stamped Proof of Service of Summons from U.S. District Court, via e-mail. | 0.10 |
| 02/28/05 | Review file; Preparation of draft Default Judgment pleadings; Preparation of draft Amended Affidavit in Support of Attorney Fees. | 1.00 |
| 03/03/05 | Finalize Default Judgment pleadings and Amended Affidavit in Support of Attorney Fees; Transmittal of first set of pleadings to U.S. District Court via e-file; Forward copy of same to Defendant. | 0.50 |
| 03/04/05 | Receipt and review fo Order of Default entered by Honorable Judge Byron Cudmore. | 0.10 |

| | | |
|---|---|---|
| 03/07/05 | Revise Default Judgment pleadings and Amended Affidavit in Support of Attorney Fees; Transmittal of Motion for Default Judgment pleadings to U.S. District Court via e-file; Forward copy of same to Defendant. | 0.75 |
| | TOTAL HOURS 15.05 x $120.00 PER HOUR | $1,806.00 |
| 12/20/04 | U.S. District Court – Filing Fee | $150.00 |
| 02/08/05 | La Salle County Sheriff – Service Fee | 39.00 |
| | **TOTAL COSTS AND FEES** | **$1,995.00** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

s/ Patrick J. O'Hara

PATRICK J. O'HARA
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
patrick@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 7th day of March, 2005.

OFFICIAL SEAL
RITA DOLACK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-8-2006

Rita Dolack
Notary Public

F:\files\RAILROAD\Earthcrafters\A-Earthcrafters.FEE.DJ.wpd