IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) No.   04-3273 |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) |
| Defendant. | ) |

**NOTICE OF FILING PURSUANT TO STANDING ORDER
OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

TO:   Faye M. Davis
      Earthcrafters
      2636 East 28th Road
      Marseilles, IL 61341-9529

   NOTICE IS HEREBY GIVEN to you that the Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys filed a Motion for Default Judgment against you on the 7th day of March, 2005.

   YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiff's Motion without further notice to you seven (7) days after filing.

   DATED this 7th day of March, 2005.

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, Plaintiff,
By:   s/ Patrick J. O'Hara
PATRICK J. O'HARA
**CAVANAGH & O'HARA**
Attorney for Plaintiff
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
patrick@cavanagh-ohara.com