E-FILED
Monday, 07 March, 2005  09:15:14 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No.   04-3273 ) |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) |
| Defendant. | ) |

### ORDER FOR PRODUCTION OF RECORDS

This cause coming on to be heard before the Court upon Plaintiffs' Request for Entry of Default. The Court, being fully advised in the premises, finds that Defendant, FAYE M. DAVIS d/b/a EARTHCRAFTERS, has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

Plaintiffs' Motion asks that the Court order an accounting of the amount owing from Defendant, FAYE M. DAVIS d/b/a EARTHCRAFTERS, to the Plaintiffs for unpaid contributions for the period from March 1, 2001, through current.

THEREFORE, the Court hereby orders Defendant, FAYE M. DAVIS d/b/a EARTHCRAFTERS, to appear and produce any and all payroll books and employee records pertinent to this action for the period from March 1, 2001, through current, at the law offices of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois 62701, on _____, 2005, at _____ a.m./p.m.

The Court reserves ruling on Plaintiffs' Motion for Default Judgment until such an accounting has taken place. Plaintiffs are directed to notify the Court of the actual amount owed for

unpaid contributions when it has been determined.

ENTERED this_____day of_____, 2005.

_____
**JUDGE**