IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND,<br><br>Plaintiff,<br><br>vs.<br><br>FAYE M. DAVIS d/b/a EARTHCRAFTERS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 04-3273<br>)<br>)<br>)<br>) |

## MOTION FOR RULE TO SHOW CAUSE

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Motion For Rule To Show Cause state to the Court as follows:

1. That on May 13, 2005, this Court entered a Text Order against the Defendant, FAYE M. DAVIS d/b/a EARTHCRAFTERS.

2. The Order required that Defendant appear and produce any and all payroll books and employee records for the period of March 1, 2001 through current, at the law offices of Cavanagh & O'Hara on May 26, 2005, at 1:00 p.m.

3. The Defendant failed to appear or provide any records as ordered by this Court.

WHEREFORE, Plaintiff prays that this Court enter an Order upon Defendant, FAYE M. DAVIS d/b/a EARTHCRAFTERS, for it to show what cause, if any, it has why it should not be held in contempt of Court for his failure to abide by this Court's Order to provide all records.

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, Plaintiff,

By:   s/ Patrick J. O'Hara
**CAVANAGH & O'HARA**
408 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
patrick@cavanagh-ohara.com

STATE OF ILLINOIS      )
                       ) ss
COUNTY OF SANGAMON )

## VERIFICATION

    I, PATRICK J. O'HARA, being first duly sworn upon oath, depose and state that I have read the foregoing instrument, understand the contents thereof, believe the same to be true and correct to the best of my knowledge and belief and have affixed my signature thereto for the uses and purposes therein set forth.

                                                      s/ Patrick J. O'Hara
                                         **CAVANAGH & O'HARA**
                                         408 East Adams Street
                                         Post Office Box 5043
                                         Springfield, IL 62705
                                         Telephone: (217) 544-1771
                                         Fax: (217) 544-9894
                                         patrick@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me, a Notary Public, this 27th day of May, 2005.

                                                  Rita Dolack
                                              NOTARY PUBLIC

OFFICIAL SEAL
RITA DOLACK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-8-2006

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 27th day of May, 2005.

> Ms. Faye Davis
> Earthcrafters
> 2636 East 28th Road
> Marseilles, IL 61341-9529

and that the original was filed with the Clerk of the Circuit Court in which said case is pending.

> s/ Patrick J. O'Hara
> **CAVANAGH & O'HARA**
> 408 East Adams Street
> Post Office Box 5043
> Springfield, IL 62705
> Telephone: (217) 544-1771
> Fax: (217) 544-9894
> patrick@cavanagh-ohara.com