E-FILED
Friday, 27 May, 2005  08:38:00 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 04-3273 |
| FAYE M. DAVIS d/b/a EARTHCRAFTERS, | ) ) ) |
| Defendant. | ) |

## ORDER FOR RULE TO SHOW CAUSE

This cause coming on to be heard upon the verified petition of RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, and the Court having reviewed same, finds that same should be granted.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that FAYE M. DAVIS d/b/a EARTHCRAFTERS, shall be, and hereby is ordered to be and appear before the Honorable Judge Richard Mills on the _____ day of _____, 2005 at _____.m., in Courtroom _____, 600 East Monroe, Springfield, Illinois, and then and there show what cause, if any it has, why it should not be held in contempt of Court for its failure to abide by the Order entered on May 13, 2005.

A copy of this Order to Show Cause shall be served upon the Defendant, FAYE M. DAVIS d/b/a EARTHCRAFTERS, by the Plaintiff.

ENTERED this _____ day of _____, 2005.

_____
**U.S. District Court Judge Richard Mills**

F:\files\RAILROAD\Earthcrafters\Motion.RTSC.wpd