UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, ) ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | No. 04-3273 |
| FAYE M. DAVIS d/b/a EARTHCRAFTERS, ) ) ) | |
| Defendant. ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

The Court now considers Plaintiff Railroad Maintenance and Industrial Health and Welfare Fund's Motion for Rule to Show Cause. In support of its motion, Plaintiff states as follows:

1. On May 13, 2005, the Court ordered Defendant to appear at the office of Cavanagh & O'Hara, Plaintiff's counsel, and produce any and all payroll books and employee records for the period of March 1, 2001, to date;

1

2. Defendant failed to appear and did not provide any of the records that the Court ordered it to produce.

Defendant has not filed any opposition to Plaintiff's motion.

Ergo, Plaintiff's Motion for Rule to Show Cause (d/e 8) is ALLOWED. Defendant is ordered to appear before this Court for a Rule to Show Cause Hearing on August 23, 2005, at 1:30 p.m. Defendant shall then explain why it should not be held in contempt of Court for its failure to comply with the Court's May 13, 2005, Order.

IT IS SO ORDERED.

ENTER: August 10, 2005

FOR THE COURT:

                                                s/ Richard Mills
                                      United States District Judge