Case # 04-3273

Richard Mills, U.S. District Judge,

I appeared on 8·23·05 at 1:30pm as ordered by the court. I was informed that on 8·22·05 a notice of change was sent out through the mail. I had not recieved the notice prior to coming to court. The clerk gave me a copy of the change showing the new date as Aug. 31st. I reside 3 hrs from Springfield and my children have Dr appts. on 8·29·05 and 8·30·05. I am concerned there might be a conflict if they require medical treatment.

Earthcrafters has not been doing business for several years and the plaintiff is well aware of that fact. Therefore I have very few records for them to inspect. In 2002, members of their union and former employees robbed my home and business. The union refused to cooperate with the police in attempting to apprehend them. At that point I no longer felt comfortable or safe hiring their members.

FILED
AUG 23 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I also did not feel that I should have to pay benefits on the people who had robbed me and several other companies. The union disagrees. Therefore I severed my contract with them.

I was also informed by the I.R.S. that the employees in question used false I.D. and were in fact illegal aliens. I informed the plaintiff's attorneys of all this 2 yrs. ago and also informed them that Earthcrafters was no longer doing business and had no employees.

I have brought the records that I have and will attempt to deliver them to the offices of Cavanaugh & O'Hara today.

Thank you,

Faye Davis
2636 E 28th Rd.
Marseilles, Il. 61341

On today's date 8·23·05 I served a copy of this filing to plaintiff's attorneys. Cavanaugh + O'Hara at 407 E. Adams St. Springfield Il. 62701.

Faye DAVIS
8·23·05