IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.   04-3273 |
| FAYE M. DAVIS d/b/a EARTHCRAFTERS, | ) ) | |
| Defendant. | ) | |

**NOTICE OF HEARING**

To:   Ms. Faye Davis
      Earthcrafters
      2636 East 28th Road
      Marseilles, IL 61341-9529

Please be advised that a Show Cause Hearing has been set for Monday, September 12, 2005, at 4:00 p.m. before the Honorable Judge Richard Mills, or any judge sitting in his stead, at the U.S. District Court for the Central District of Illinois, 600 East Monroe, Springfield, Illinois.

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, Plaintiff,

By:   s/ Patrick J. O'Hara
      **CAVANAGH & O'HARA**
      408 East Adams Street
      Post Office Box 5043
      Springfield, IL 62705
      Telephone: (217) 544-1771
      Fax: (217) 544-9894
      patrick@cavanagh-ohara.com

## **PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 31st day of August, 2005.

Ms. Faye Davis<br>
Earthcrafters<br>
2636 East 28th Road<br>
Marseilles, IL 61341-9529

and that the original was filed with the Clerk of the Circuit Court in which said case is pending.

    s/ Patrick J. O'Hara
**CAVANAGH & O'HARA**
408 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
patrick@cavanagh-ohara.com