**E-FILED**

Tuesday, 13 September, 2005  09:24:28 AM

Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 04-3273 |
| FAYE M. DAVIS d/b/a EARTHCRAFTERS, | ) ) ) ) |
| Defendant. | ) |

## <u>OPINION</u>

RICHARD MILLS, U.S. District Judge:

The Defendant has failed to comply with this Court's May 13, 2005, Order.  Thus, on September 12, 2005, the Court held a Rule to Show Cause Hearing for the purpose of determining whether the Defendant should be held in contempt.

Despite written notice and a telephone call from the Clerk's Office, the Defendant failed to appear at the hearing.  The Court will reschedule the hearing for October 5, 2005, at 1:30 p.m.  Defendant is ordered to

personally appear at the October 5 hearing and to bring all relevant 2001 business records.  If the Defendant fails to appear at the hearing with the necessary records, the matter will be reset and the United States Marshals Service will bring her to Court voluntarily or involuntarily.

Ergo, Defendant is ordered to appear before this Court for a Rule to Show Cause Hearing on October 5, 2005, at 1:30 p.m.  Defendant shall then explain why she should not be held in contempt of Court for her failure to comply with the Court's May 13, 2005, Order.

IT IS SO ORDERED.

ENTER: September 12, 2005

FOR THE COURT:

s/ Richard Mills
United States District Judge

2