IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.   04-3273 |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) ) | |
| Defendant. | ) | |

## STATUS REPORT

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and for its response to this Honorable Court's request for a status report, states as follows:

1. The audit report was completed and mailed to the Defendant on or about December 29, 2005 for its review.

2. Plaintiff will move for default judgment or take other action within the next thirty (30) days, which time will provide Defendant the opportunity to respond to the findings in the audit report.

          RAILROAD MAINTENANCE AND INDUSTRIAL
          HEALTH AND WELFARE FUND, Plaintiff,

By:    s/ James P. Moody
          James P. Moody
          **CAVANAGH & O'HARA**
          407 East Adams
          Post Office Box 5043
          Springfield, Illinois 62705
          Telephone: (217) 544-1771
          Fax: (217) 544-9894
          Jim@cavanagh-ohara.com

F:\files\RAILROAD\Earthcrafters\StatusReport.wpd

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 31st day of January, 2006:

> Faye M. Davis
> Earthcrafters
> 2636 East 28th Road
> Marseilles, IL 61341-9529

and that the original was filed with the Clerk of the Court in which said cause is pending.

    RAILROAD MAINTENANCE AND INDUSTRIAL
    HEALTH AND WELFARE FUND, Plaintiff,

By:     s/ James P. Moody
    James P. Moody
    **CAVANAGH & O'HARA**
    407 East Adams
    Post Office Box 5043
    Springfield, Illinois 62705
    Telephone: (217) 544-1771
    Fax: (217) 544-9894
    Jim@cavanagh-ohara.com

F:\files\RAILROAD\Earthcrafters\StatusReport.wpd