E-FILED
Tuesday, 14 March, 2006 09:51:41 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.    04-3273 |
| FAYE M. DAVIS d/b/a EARTHCRAFTERS, | ) ) ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

JAMES P. MOODY, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiff and in such capacity represents the Plaintiff in the above-entitled and numbered action;

That on February 6, 2005, Faye M. Davis d/b/a Earthcrafters, was duly served by the La Salle County Sheriff's Department, with said Complaint and Summons in this action, as shown by the attached **Exhibit A**; that the said Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendant is not an infant or an incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim of Plaintiff was for an account be taken by Plaintiff as to wages received and hours worked by Defendant's employees from March 1, 2001 through December 31, 2003, judgment in the amount of 17,301.00 as determined to be owed pursuant to the audit, audit costs and attorneys fees and court costs to date in the amount of $2,270.79 as shown by the attached **Exhibit B**. That this Affidavit is made for the purpose of requesting that Default Judgment be

entered against the Defendant, FAYE M. DAVIS d/b/a EARTHCRAFTERS.

                                                  s/ James P. Moody
                                                  JAMES P. MOODY
                                                  **CAVANAGH & O'HARA**
                                                  Attorney for Plaintiff
                                                  407 East Adams Street
                                                  Post Office Box 5043
                                                  Springfield, IL 62705
                                                  Telephone: (217) 544-1771
                                                  Fax: (217) 544-9894
                                                  jim@cavanagh-ohara.com

Subscribed and sworn to before me this ____ day of March, 2006.

**SIGNATURE REDACTED** PJR

_____
NOTARY PUBLIC

F:\files\RAILROAD\Earthcrafters\AffSuppDJ.wpd

OFFICIAL SEAL
COURTNEY J. VALENTI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-20-2008