IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.   04-3273 |
| FAYE M. DAVIS d/b/a EARTHCRAFTERS | ) ) ) | |
| Defendant. | ) | |

### AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 09/01/04 | Received and reviewed correspondence from Fund Office regarding lack of compliance with audit scheduling; Letter to employer demanding compliance, via certified and regular mail. | 0.70 |
| 09/09/04 | Received and reviewed returned certified mail directed to Post Office Box with forwarding order to Marseilles address. | 0.10 |
| 09/15/04 | Preparation of correspondence to Michelle Shadid of Romolo and Associates regarding audit scheduling; Telephone conference with Michelle Shadid regarding audit not yet scheduled. | 0.10 |
| 09/16/04 | Preparation of final notice to employer regarding compliance with audit scheduling, via certified and regular mail; Research corporate status. | 0.50 |
| 09/27/04 | Telephone conference with Romolo and Associates regarding status of audit scheduling; Employer has still not been in contact; Transmittal of correspondence to Dora Crenshaw at Fund Office regarding further handling. | 0.15 |
| 09/29/04 | Received and reviewed correspondence from Dora Crenshaw regarding contact by Faye Davis of employer; Review file; Research phone number | |

1



EXHIBIT B

| Date | Description | Hours |
|---|---|---|
|  | of employer; Telephone conference with Faye Davis; Discussion regarding alleged robbery of company by Union employees and closing of business; Discussion regarding conversation with Dora Crenshaw regarding same and taking matter before Board of Trustees. | 0.45 |
| 10/14/04 | Received and reviewed unclaimed certified mail from employer regarding audit scheduling. | 0.10 |
| 12/03/04 | Received and reviewed correspondence from Fund Office with regard to employer's refusal to submit to payroll compliance audit due to robbery; Preparation of letter to Faye Davis regarding continued contractual obligation with regard to collective bargaining agreement. | 1.00 |
| 12/14/04 | Review file; Telephone conference with Romolo & Associates regarding audit scheduling; No audit has been scheduled; Preparation of draft Complaint to compel an audit; Preparation of draft Affidavit in Support of Attorney's Fees; Begin assembly of exhibits; Telephone conference with La Salle County Sheriff regarding fee for service of Complaint. | 1.75 |
| 12/20/04 | Preparation of revisions to Complaint; Finalize Complaint and Affidavit in Support of Attorney's Fees; Preparation of Summons, Civil Cover Sheet, Certificate of Interest; Assembly of exhibits; Transmittal of same via email to U.S. District Court for filing of new case. | 1.00 |
| 12/29/04 | Received and reviewed issued Summons; Letter to La Salle County Sheriff regarding service of Summons and Complaint. | 0.35 |
| 01/06/05 | Received and reviewed unclaimed certified mail regarding continued obligation under Collective Bargaining Agreement; previously forwarded via regular mail. | 0.10 |
| 02/08/05 | Received and reviewed Affidavit of Service of Summons and Complaint; Transmittal of same to U.S. District Court, via e-file; Letter to La Salle County Sheriff enclosing payment for services. | 0.45 |
|  | Received and reviewed file-stamped Proof of Service of Summons from U.S. District Court, via e-mail. | 0.10 |
| 02/28/05 | Review file; Preparation of draft Default Judgment pleadings; Preparation of draft Amended Affidavit in Support of Attorney Fees. | 1.00 |
| 03/03/05 | Finalize Default Judgment pleadings and Amended Affidavit in Support of Attorney Fees; Transmittal of first set of pleadings to U.S. District Court via e-file; Forward copy of same to Defendant. | 0.50 |
| 03/03/05 | Received and reviewed file-stamped copies of first set of Default Judgment pleadings from U.S. District Court, via e-mail. | .10 |

| Date | Description | Hours |
|---|---|---|
| 03/04/05 | Receipt and review fo Order of Default entered by Honorable Judge Byron Cudmore. | 0.10 |
| 03/07/05 | Revise Default Judgment pleadings and Amended Affidavit in Support of Attorney Fees; Transmittal of Motion for Default Judgment pleadings to U.S. District Court via e-file; Forward copy of same to Defendant. | 0.75 |
| 03/07/05 | Received and reviewed file-stamped Motion for Default Judgment pleadings. | .10 |
| 05/16/05 | Received and reviewed Order to Produce Records as entered by Honorable Richard Mills; letter to employer regarding same and need to appear; Update status report. | .50 |
| 05/27/05 | Review file; preparation of Rule To Show Cause for failure to appear as Ordered; transmittal of same to U.S. District Court via e-file; forward copy to Defendant. | 1.00 |
| 06/08/05 | Received and reviewed returned certified mail regarding Order to Produce Records. | .10 |
| 06/21/05 | Review file; Update status report with regard to Motion to Show Cause. | .20 |
| 06/08/05 | Received and reviewed returned certified mail regarding Order to Produce Records. | .10 |
| 06/21/05 | Review file; Update status report with regard to Motion to Show Cause. | .20 |
| 08/31/05 | Received and reviewed Order to Show Cause as entered by the Honorable Judge Richard Mills; review file; letter to LaSalle County Sheriff regarding service of Order; Update status report with regard to same. | .45 |
| 08/19/05 | Review file; telephone conference with LaSalle County Sheriff's Department regarding status of service of Order for Rule to Show Cause on Faye Davis; unable to serve. | .30 |
| 08/22/05 | Telephone conference with Judge Mills' law clerk, Dan Hellis, regarding inability to obtain service on Faye Davis; Rule to Show Cause canceled; Update Status Report. | .20 |
| 08/22/05 | Telephone conference with LaSalle County Sheriff regarding status of service on Faye Davis. | .10 |
| 08/23/05 | Telephone conference with LaSalle County Sheriff regarding continuing to serve Faye Davis; research process servers in LaSalle County; telephone conference with three private process services regarding service; letter to RBI Investigation regarding service of Order for Rule to Show Cause on Faye Davis sent via UPS Overnight Mail. | 1.00 |

| Date | Description | Hours |
|---|---|---|
| 08/23/05 | Office conference with Faye Davis regarding Rule to Show Cause which was set and rescheduled; Review 2002 records submitted; letter to Michelle Shadid of Romolo and Associates enclosing same. | 1.00 |
| 08/24/05 | Received and reviewed correspondence from Michelle Shadid of Romolo and Associates regarding information provided by Defendant for payroll compliance audit. | .10 |
| 08/24/05 | Letter to Faye Davis, Defendant, regarding records submitted, need for additional information and hearing set for August 31 pursuant to same. | .50 |
| 08/29/05 | Telephone conference with RBI Investigation on status of service on Faye Davis. | .10 |
| 09/01/05 | Received and reviewed Invoice and Affidavit of attempted service from RBI Investigation on Faye Davis. | .10 |
| 09/01/05 | Electronic filing with U.S. District Court of Notice of Hearing. | .40 |
| 09/01/05 | Telephone conference with Judge Mills' law clerk to cancel Rule to Show Cause hearing; telephone conference with RBI Investigation regarding service; telephone conference with Terry Lowe regarding service; review file for phone number for Defendant. | .30 |
| 09/08/05 | Received and reviewed text order for Rule to Show Cause hearing. | .10 |
| 09/08/05 | Review file; update status report regarding Rule to Show Cause hearing. | .10 |
| 09/12/05 | Review of file; attend Rule to Show Cause hearing. | 1.50 |
| 09/12/05 | Conference with Judge Mills' law clerk. | .10 |
| 09/14/05 | Received and reviewed Opinions from U.S. District Court on Rule to Show Cause. | .10 |
| 09/16/05 | Received and reviewed minute entry from U.S. District court regarding Show Cause hearing continued. | .10 |
| 09/21/05 | Telephone conference with Faye Davis regarding list of documents needed and workers to include. | .15 |
| 09/21/05 | Review file regarding records still needed and time period; draft letter to Faye Davis listing same via fax and regular mail. | .85 |
| 09/27/05 | Finalize and fax letter to Faye Davis regarding records to produce. | .20 |
| 10/04/05 | Conference with Faye Davis regarding Rule to Show Cause hearing. | .20 |

| Date | Description | Hours |
|---|---|---|
| 10/05/05 | Update status report regarding Rule to Show Cause hearing held; Records produced; status hearing set. | .15 |
| 10/05/05 | Prepare for and attend Rule to Show Cause hearing; conference with Faye Davis. | .80 |
| 10/05/05 | Preparation of email to Michelle Shadid of Romolo and Associates regarding audit records. | .20 |
| 10/06/05 | Review records; letter to Michelle Shadid enclosing same with detailed list. | .75 |
| 10/06/05 | Received and reviewed Text Order setting Status Conference. | .10 |
| 10/06/05 | Received and reviewed Minute Entry regarding Show Cause hearing held; status will be canceled if Plaintiff complies with production. | .10 |
| 11/03/05 | Review file; preparation of email to Michelle Shadid regarding status of audit and records. | .20 |
| 11/14/05 | Received and reviewed email from Michelle Shadid regarding records still needed from Faye Davis. | .10 |
| 11/15/05 | Review file regarding April, June, October and December 2002 payroll records. | .20 |
| 11/15/05 | Conference with Michelle Shadid and Faye Davis regarding 2001 and 2003 records. | .50 |
| 11/15/05 | Received and reviewed email from Michelle Shadid regarding status of audit records still needed. | .10 |
| 11/16/05 | Received and reviewed text order from Judge Mills regarding telephone conference held; status hearing canceled. | .10 |
| 12/01/05 | Review file regarding status of audit records. | .10 |
| 01/05/06 | Conference with Dora Crenshaw regarding audit report; deadline set by the Court. | .10 |
| 01/05/06 | Received and reviewed Text Order regarding Status Report due Court. | .10 |
| 01/05/06 | Letter to Faye Davis via fax and regular mail; preparation of email to Michelle Shadid regarding status of audit; received and reviewed email response from Michelle Shadid that audit is complete. | .80 |
| 01/06/06 | Preparation of Status Report to Court. | .50 |

| Date | Description | Hours |
|---|---|---|
| 01/09/06 | Received and reviewed audit report. | .30 |
| 01/13/06 | Review file; update Delinquency Status Report. | .10 |
| 01/31/06 | Revise Status Report; conversion and electronic filing with U.S. District Court of same. | .50 |
| 01/31/06 | Received and reviewed file-stamped Status Report. | .10 |
| 03/03/06 | Received and reviewed Text Order entered by Judge Cudmore; Begin preparation of draft Amended Affidavit in Support of Attorney Fees for attachment to Request for Entry of Default Judgment. | 1.00 |
| 03/08/06 | Finalize Affidavit in Support of Attorney Fees. | .75 |
| 03/09/06 | Preparation of Request for Entry of Default Judgment, Affidavit in Support of Motion for Default Judgment and proposed Order for Default Judgment; assemble exhibits. | 1.50 |
| 03/10/06 | Review Request for Entry of Default Judgment, Affidavit in Support of Motion for Default Judgment, exhibits and proposed Order for Default. | .30 |
| 03/14/06 | Redaction of signatures, conversion and electronic filing of Request for Entry of Default Judgment with attachments; email of proposed Order for Default to Judge. | .60 |

```
TOTAL HOURS 24.60 x $60.00 PER HOUR        $1,476.00
TOTAL HOURS  4.9 x $120.00 PER HOUR          $588..00
```

| Date | Description | Amount |
|---|---|---|
| 12/20/04 | U.S. District Court – Filing Fee | $150.00 |
| 02/08/05 | La Salle County Sheriff – Service Fee | 39.00 |
| 09/14/05 | UPS Overnight Mail - Faye Davis | 17.79 |

**TOTAL COSTS AND FEES**                                             $2,270.79

FURTHER THIS AFFIANT SAYETH NAUGHT.

s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894

jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 14th day of March, 2006. **SIGNATURE REDACTED** PJR

_____
Notary Public

F:\files\RAILROAD\Earthcrafters\A-Earthcrafters.FEE.DJ.wpd

OFFICIAL SEAL
COURTNEY J. VALENTI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-20-2008