**E-FILED**
Monday, 15 May, 2006  03:37:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.    04-3273 |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) | |
| Defendant. | ) | |

**MOTION FOR DEFAULT JUDGMENT**

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL

HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and

moves this Court for a Default Judgment against the Defendant, FAYE M. DAVIS d/b/a

EARTHCRAFTERS, and in support thereof, states:

1.    That the Complaint in this matter was filed on December 27, 2004.

2.    That on February 6, 2005, Defendant, FAYE M. DAVIS d/b/a

EARTHCRAFTERS, was duly served by the La Salle County Sheriff's Department, with said

Complaint and Summons.

3.    That the Defendant has failed to file a responsive pleading within the time frame

allowed by this Honorable Court.

4.    That this Honorable Court entered an Order of Default on March 3, 2005.

5.    Plaintiff filed a Motion for Default Judgment on March 7, 2005.  The Court

allowed such Motion for Default insofar as it sought a general determination of liability.  An

accounting was required to determine the exact amount owed.

6.     Plaintiff then conducted a payroll audit of the Defendant for the period from March 1, 2001 through December 31, 2003.  The audit revealed that the Defendant owes Plaintiff contributions in the amount of $17,301.00 plus audit costs of $975.00.  See Affidavit of Thomas A. Crotz, Field Auditor, attached hereto and incorporated herein as Exhibit 1.

7.     Plaintiff is entitled to its attorney fees incurred in this matter in the amount of $2,270.79.  Attached hereto and incorporated herein as Exhibit 2 is an Amended Affidavit in Support of Attorney Fees of James P. Moody.

8.     Plaintiff is entitled to liquidated damages and interest in the amount of $14,812.54, as provided by the trust agreement.  Attached hereto and incorporated herein as Exhibit 3 is Plaintiff's December 31, 2005 demand for liquidated damages and interest.

WHEREFORE, Plaintiff prays for Judgment against the Defendant, FAYE M. DAVIS d/b/a EARTHCRAFTERS, as follows:

A.     That Judgment be entered in favor of the Plaintiff and against the Defendant for audit liabilities in the amount of $17,301.00 for the period from March 1, 2001 through December 31, 2003, plus audit costs in the amount of $975.00.

B.     That Defendant be decreed to pay to Plaintiff its attorney fees and costs to date in the amount of $2,270.79, as provided by the trust agreement and ERISA, 29 U.S.C. Section 1132(g)(2).

C.     That Judgment be entered in favor of the Plaintiff and against the Defendant for liquidated damages and interest in the amount of $14,812.54, as provided by the trust agreement.

D.     That Plaintiff be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

RAILROAD MAINTENANCE AND

INDUSTRIAL HEALTH AND WELFARE FUND,
Plaintiff,

By: _____s/ James P. Moody_____
                JAMES P. MOODY
                **CAVANAGH & O'HARA**
                Attorney for Plaintiff
                407 East Adams Street
                Post Office Box 5043
                Springfield, IL 62705
                Telephone: (217) 544-1771
                Fax: (217) 544-9894
                jim@cavanagh-ohara.com

## PROOF OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 15th day of May, 2006:

Faye M. Davis
Earthcrafters
2636 East 28th Road
Marseilles, IL 61341-9529

and that the original was filed with the Clerk of the Court in which said cause is pending.

RAILROAD MAINTENANCE AND
INDUSTRIAL HEALTH AND WELFARE FUND,
Plaintiff,

By: _____s/ James P. Moody_____
                JAMES P. MOODY
                **CAVANAGH & O'HARA**
                Attorney for Plaintiff
                407 East Adams Street
                Post Office Box 5043
                Springfield, IL 62705
                Telephone: (217) 544-1771
                Fax: (217) 544-9894
                jim@cavanagh-ohara.com

F:\files\RAILROAD\Earthcrafters\Default Judgment Pleadings.wpd