E-FILED
Monday, 15 May, 2006   03:38:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  No. 04-3273 |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) ) |
| Defendant. | ) |

## AFFIDAVIT OF THOMAS A. CROTZ

The undersigned, **THOMAS A. CROTZ**, Payroll Field Examiner, being first duly sworn on oath, deposes and states:

1. That I am an employee of Romolo and Associates who was retained by Railroad Maintenance and Industrial Health and Welfare Fund for the purposes of examining the payroll records of EARTHCRAFTERS, INC. These procedures were designed to determine if the employer is in compliance with the reporting provisions of the Railroad Maintenance and Industrial Health and Welfare Fund Trust Fund Agreement.

2. That the procedures performed were in accordance with standards established by the American Institute of Certified Public Accountants for Agreed Upon Procedure Engagements.

3. That the completed report of Romolo & Associates is attached hereto and incorporated herein.

4. That based on the procedures performed, EARTHCRAFTERS, INC. owes Plaintiff contributions for the period from March 1, 2001 through December 31, 2003 in the amount of $17,301.00, which is disclosed in our report, and audit costs in the amount of $975.00.


EXHIBIT 1

---------------------------------------
THOMAS A. CROTZ

**SIGNATURES REDACTED**

Subscribed and sworn to before me this /7th day of March 2006.

"OFFICIAL SEAL"
Teresa A. Davis
Notary Public, State of Illinois
My Commission Exp. 05/04/2009

---------------------------------------
NOTARY PUBLIC

**STATEMENT OF ADDITIONAL
REPORTABLE HOURS FOR
EARTHCRAFTERS INC.
FOR THE PERIOD
MARCH 1, 2001 TO DECEMBER 31, 2003**

**ROMOLO & ASSOCIATES**
Certified Public Accountants

E-mail: admin@romolocpa.com • Phone 309.682.2001 • Fax 309.682.2045
2428 N. North • Peoria, IL 61604

## Independent Accountants' Report On Applying Agreed-Upon Procedures

To the Board of Trustees
of the Railroad Maintenance and
Industrial Health and Welfare Fund
Springfield, Illinois

At your request we have applied certain agreed upon procedures specified by the Railroad Maintenance and Industrial Health & Welfare Fund, as described in the attached supplement, to the selected payroll and related records of Earthcrafters Inc. (the Employer) for the period March 1, 2001 to December 31, 2003. These procedures were designed to determine if the data submitted by the Employer is in compliance with the reporting provisions of the Railroad Maintenance and Industrial Health and Welfare Fund Trust Agreements. This engagement to apply agreed-upon procedures was performed in accordance with standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation generally regarding the sufficiency of the procedures described in the attached supplement either for the purpose for which this report has been requested or for any other purpose.

Because the procedures described in the supplement do not constitute an audit made in accordance with generally accepted auditing standards, we do not express an opinion on any of the accounts or items referred to in this report.

In connection with the above procedures, certain matters came to our attention that caused us to believe that additional Employer contributions, as shown in the summary of amounts due, were due to the Fund in the amount of $17,301.00.

In addition, the accompanying notes herein identify any special circumstances which we feel the Trustees should consider in evaluating this report. These notes are an integral part of this report and should be reviewed to completely understand this report.

Had we performed additional procedures or had we performed an audit of the financial statements in accordance with generally accepted auditing standards, other matters might have come to our attention that would have been reported to you. This report relates only to the items specified above and does not extend to any financial statements of the Employer taken as a whole.

Page 2

This report is intended solely for the information of the Employer and the Railroad Maintenance and Industrial Health and Welfare Fund and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purpose.

*[signature]*

Romolo & Associates
Certified Public Accountants
December 12, 2005

**SIGNATURE REDACTED** PJR

## SUPPLEMENT FOR AGREED UPON PROCEDURES

1. Obtained a basic understanding of the Employer's payroll and fringe benefit reporting system.

2. Obtained access to some or all of the following accounting records from the Employer:

    * Payroll registers.
    * State unemployment tax Forms, UC-3s
    * Federal payroll tax Forms 941s, 940s, and/or W-2s
    * Other trades fringe benefit reports
    * The monthly remittance reports for your Fund
    * Job cost records

3. To determine that we were provided with the entire payroll we performed the following procedure:

    * Agreed gross wages per the Employer's payroll records to its payroll tax returns on a test basis.

4. In order to determine that all hours for covered work were properly reported to the Funds we performed the following procedures on a test basis for some or all of the employees:

    * Determined classifications of employees and union affiliation.
    * Compared hours worked by covered employees to the hours reported on the Employer's monthly remittance reports.
    * Reported all hours as due for any employee whose occupation could not be determined.
    * Calculated hours worked by dividing gross wages by the applicable union wage rate

    (Please see Notes for any scope limitation on the above procedures or additional procedures performed not described above.)

EARTHCRAFTERS INC.
NOTES TO AGREED UPON PROCEDURES
MARCH 1, 2001 TO DECEMBER 31, 2003

NOTE 1:  **LIMITED SCOPE**

Please be advised that the payroll records for this Employer were forwarded to our office by Cavanagh & O'Hara, Fund Legal Counsel.

| YEAR | PAYROLL REGISTERS | UC3/40 QRTLY REPORTS | W-2'S |
|---|---|---|---|
| 2001 | PARTIAL | PRESENT | NOT PRESENT |
| 2002 | PRESENT | PRESENT | PRESENT |
| 2003 | NOT PRESENT | PRESENT | PRESENT |

The above records were used to determine the liability due for this Employer.

NOTE 2:  **UNREPORTED LOCAL 150 MEMBERS**

Steve Davis and Jose Pina Jr. were both reported to the Fund for Dec. 2002. A liability has been shown as due for all other months worked by these individuals not reported to the Fund Further, Richard Leonard is also shown as due under Local 15000 as he was identified as an Operating Engineer (Heavy & Highway contract) on a 2002 payroll summary sheet sent by Faye Davis.

NOTE 3:  **OTHER UNREPORTED INDIVIDUALS**

LOCAL CHI LAB:  Tim & Jason Crouch were reported for at least some of their hours to Laborers' Pension and Welfare Funds for Chicago & Vicinity in March and April 2001. Therefore we have not computed a liability due for these individuals, but have shown their hours and wages under "Other Unreported Individuals" for the Fund's information. If the Trustees so determine these individuals are due our report can be revised to reflect these amounts.

LOCAL NU:  Edward Corrigan is Faye Davis' (the owner's) father, whose duties are to run errands for the Company. Mr. Corrigan's rate of pay was $8.00 per hour. We have not computed a liability on these hours but have included Mr. Corrigan's hours and wages under "Other Unreported Individuals".

LOCAL LNDSCP:  The employees under this Local designation are making $12.25/$12.75 per hour and are classified as landscapers. These individuals are not covered under the collective bargaining agreement. We have shown these individuals' hours and wages under "Other Unreported Individuals" for the Fund's information but no liability was computed herein.

**Earthcrafters Inc.**
**TOTAL SUMMARY OF AMOUNTS DUE**
March 1, 2001 To December 31, 2003

|  | 2001 | 2002 | 2003 | TOTAL |
|---|---|---|---|---|
| HEALTH & WELFARE | $ 1,176.00 | $ 4,431.00 | $ 11,694.00 | $ 17,301.00 |
| TOTAL DUE | $ 1,176.00 | $ 4,431.00 | $ 11,694.00 | $ 17,301.00 |

**Earthcrafters Inc.**
**Unreported Total Hours**
**For period 3/1/2001 - 12/31/2001**
**Local: 15000**

| | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **DAVIS, STEVEN GREGOR** | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| Unreported Total Hours | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| **Amounts Due** | | | | | | | | | | | |
| Health & Welfare | $588.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $588.00 | $0.00 | $0.00 | $0.00 | $1,176.00 |
| **Total Liability** | $588.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $588.00 | $0.00 | $0.00 | $0.00 | $1,176.00 |
| **Rates** | | | | | | | | | | | |
| Health & Welfare | 588.000 | 588.000 | 588.000 | 588.000 | 588.000 | 588.000 | 588.000 | 588.000 | 588.000 | 633.000 | 0.000 |

## Earthcrafters Inc.
## Unreported Total Hours
### For period 1/1/2002 - 12/31/2002
### Local: 15000

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVIS, STEVEN GREGOR | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| LEONARD JR., RICHARD | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| PINA JR., JOSE LUIS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 2.00 |
| Unreported Total Hours | 0.00 | 1.00 | 1.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 7.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| Health & Welfare | $0.00 | $633.00 | $633.00 | $1,266.00 | $633.00 | $0.00 | $0.00 | $0.00 | $0.00 | $633.00 | $633.00 | $0.00 | $4,431.00 |
| Total Liability | $0.00 | $633.00 | $633.00 | $1,266.00 | $633.00 | $0.00 | $0.00 | $0.00 | $0.00 | $633.00 | $633.00 | $0.00 | $4,431.00 |
| **Rates** | | | | | | | | | | | | | |
| Health & Welfare | 633.000 | 633.000 | 633.000 | 633.000 | 633.000 | 633.000 | 633.000 | 633.000 | 633.000 | 633.000 | 633.000 | 648.000 | |

Earthcrafters Inc.
Unreported Total Hours
For period 1/1/2003 - 12/31/2003
Local: 15000

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVIS, STEVEN GREGOR | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| PINA JR., JOSE LUIS | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 12.00 |
| Unreported Total Hours | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 18.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| Health & Welfare | $1,296.00 | $1,296.00 | $1,296.00 | $1,296.00 | $1,296.00 | $1,296.00 | $648.00 | $648.00 | $648.00 | $648.00 | $648.00 | $678.00 | $11,694.00 |
| Total Liability | $1,296.00 | $1,296.00 | $1,296.00 | $1,296.00 | $1,296.00 | $1,296.00 | $648.00 | $648.00 | $648.00 | $648.00 | $648.00 | $678.00 | $11,694.00 |
| **Rates** | | | | | | | | | | | | | |
| Health & Welfare | 648.000 | 648.000 | 648.000 | 648.000 | 648.000 | 648.000 | 648.000 | 648.000 | 648.000 | 648.000 | 648.000 | 678.000 | |

**OTHER UNREPORTED INDIVIDUALS**

# Earthcrafters Inc.
# Contractor Inquiry
### For period 3/1/2001 - 12/31/2003

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CROUCH, TIM** | | | | | Social Security Number: | | | ID: 1044 | | |
| Local | Date | Regular | Overtime | Total | Gross | Rate | Comptd | Bonus | Vacation | Other |
| CHI LAB | 3/31/2001 | 0.00 | 0.00 | 100.00 | $2,541.01 | $25.41 | 100.00 | $0.00 | $0.00 | $0.00 |
| CHI LAB | 4/30/2001 | 0.00 | 0.00 | 53.25 | $1,353.08 | $25.41 | 53.25 | $0.00 | $0.00 | $0.00 |
| CHI LAB | 5/31/2001 | 0.00 | 0.00 | 191.00 | $4,853.32 | $25.41 | 191.00 | $0.00 | $0.00 | $0.00 |
| CHI LAB | 6/30/2001 | 0.00 | 0.00 | 11.75 | $298.57 | $25.41 | 11.75 | $0.00 | $0.00 | $0.00 |
| **Totals** | | 0.00 | 0.00 | 356.00 | $9,045.98 | | 356.00 | $0.00 | $0.00 | $0.00 |
| **CROUCH, JASON** | | | | | Social Security Number: | | | ID: 3173 | | |
| Local | Date | Regular | Overtime | Total | Gross | Rate | Comptd | Bonus | Vacation | Other |
| CHI LAB | 3/31/2001 | 0.00 | 0.00 | 113.25 | $2,877.69 | $25.41 | 113.25 | $0.00 | $0.00 | $0.00 |
| CHI LAB | 4/30/2001 | 0.00 | 0.00 | 32.50 | $825.83 | $25.41 | 32.50 | $0.00 | $0.00 | $0.00 |
| CHI LAB | 5/31/2001 | 0.00 | 0.00 | 142.75 | $3,627.28 | $25.41 | 142.75 | $0.00 | $0.00 | $0.00 |
| **Totals** | | 0.00 | 0.00 | 288.50 | $7,330.80 | | 288.50 | $0.00 | $0.00 | $0.00 |
| **Overall Totals** | | 0.00 | 0.00 | 644.50 | $16,376.78 | | 644.50 | $0.00 | $0.00 | $0.00 |

# Earthcrafters Inc.
# Contractor Inquiry
### For period 3/1/2001 - 12/31/2003

**CORRIGAN, EDWARD**      Social Security Number:      ID: 7888

| Local | Date | Regular | Overtime | Total | Gross | Rate | Comptd | Bonus | Vacation | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| NU | 3/31/2001 | 0.00 | 0.00 | 7.00 | $56.00 | $8.00 | 7.00 | $0.00 | $0.00 | $0.00 |
| NU | 4/30/2001 | 0.00 | 0.00 | 9.50 | $76.00 | $8.00 | 9.50 | $0.00 | $0.00 | $0.00 |
| NU | 5/31/2001 | 0.00 | 0.00 | 47.50 | $380.00 | $8.00 | 47.50 | $0.00 | $0.00 | $0.00 |
| NU | 7/31/2001 | 0.00 | 0.00 | 31.25 | $248.05 | $8.00 | 31.25 | $0.00 | $0.00 | $0.00 |
| NU | 8/31/2001 | 0.00 | 0.00 | 31.25 | $248.05 | $8.00 | 31.25 | $0.00 | $0.00 | $0.00 |
| NU | 11/30/2001 | 0.00 | 0.00 | 41.25 | $330.00 | $8.00 | 41.25 | $0.00 | $0.00 | $0.00 |
| NU | 12/31/2001 | 0.00 | 0.00 | 41.25 | $330.00 | $8.00 | 41.25 | $0.00 | $0.00 | $0.00 |
| NU | 2/28/2002 | 0.00 | 0.00 | 25.50 | $204.00 | $8.00 | 25.50 | $0.00 | $0.00 | $0.00 |
| NU | 3/31/2002 | 0.00 | 0.00 | 25.50 | $204.00 | $8.00 | 25.50 | $0.00 | $0.00 | $0.00 |
| NU | 5/31/2002 | 0.00 | 0.00 | 48.50 | $388.00 | $8.00 | 48.50 | $0.00 | $0.00 | $0.00 |
| NU | 7/31/2002 | 0.00 | 0.00 | 27.75 | $222.00 | $8.00 | 27.75 | $0.00 | $0.00 | $0.00 |
| NU | 8/31/2002 | 0.00 | 0.00 | 27.75 | $222.00 | $8.00 | 27.75 | $0.00 | $0.00 | $0.00 |
| NU | 10/31/2002 | 0.00 | 0.00 | 18.25 | $146.00 | $8.00 | 18.25 | $0.00 | $0.00 | $0.00 |
| NU | 12/31/2002 | 0.00 | 0.00 | 18.25 | $146.00 | $8.00 | 18.25 | $0.00 | $0.00 | $0.00 |
| NU | 9/30/2003 | 0.00 | 0.00 | 87.50 | $700.00 | $8.00 | 87.50 | $0.00 | $0.00 | $0.00 |
| NU | 12/31/2003 | 0.00 | 0.00 | 52.00 | $416.00 | $8.00 | 52.00 | $0.00 | $0.00 | $0.00 |
| **Totals** | | 0.00 | 0.00 | 540.00 | $4,316.10 | | 540.00 | $0.00 | $0.00 | $0.00 |
| **Overall Totals** | | 0.00 | 0.00 | 540.00 | $4,316.10 | | 540.00 | $0.00 | $0.00 | $0.00 |

# Earthcrafters Inc.
# Contractor Inquiry
### For period 3/1/2001 - 12/31/2003

**GOMEZ, ENRIQUE** — Social Security Number:  ID: 0975

| Local | Date | Regular | Overtime | Total | Gross | Rate | Comptd | Bonus | Vacation | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| LNDSCP | 7/1/2002 | 0.00 | 0.00 | 168.75 | $2,151.57 | $12.75 | 168.75 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 8/1/2002 | 0.00 | 0.00 | 238.00 | $3,034.50 | $12.75 | 238.00 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 9/1/2002 | 0.00 | 0.00 | 184.00 | $2,346.01 | $12.75 | 184.00 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 10/1/2002 | 0.00 | 0.00 | 208.50 | $2,658.39 | $12.75 | 208.50 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 11/1/2002 | 0.00 | 0.00 | 180.00 | $2,295.01 | $12.75 | 180.00 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 12/1/2002 | 0.00 | 0.00 | 24.00 | $306.00 | $12.75 | 24.00 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 7/31/2003 | 0.00 | 0.00 | 147.00 | $1,873.05 | $12.75 | 147.00 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 8/31/2003 | 0.00 | 0.00 | 147.00 | $1,873.05 | $12.75 | 147.00 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 9/30/2003 | 0.00 | 0.00 | 147.00 | $1,873.05 | $12.75 | 147.00 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 10/31/2003 | 0.00 | 0.00 | 179.25 | $2,283.94 | $12.75 | 179.25 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 11/30/2003 | 0.00 | 0.00 | 179.25 | $2,283.94 | $12.75 | 179.25 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 12/31/2003 | 0.00 | 0.00 | 179.25 | $2,283.93 | $12.75 | 179.25 | $0.00 | $0.00 | $0.00 |
| Totals | | 0.00 | 0.00 | 1982.00 | $25,262.44 | | 1982.00 | $0.00 | $0.00 | $0.00 |

**JUAREZ, VICTOR** — Social Security Number:  ID: 1259

| Local | Date | Regular | Overtime | Total | Gross | Rate | Comptd | Bonus | Vacation | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| LNDSCP | 4/30/2001 | 0.00 | 0.00 | 16.00 | $196.00 | $12.25 | 16.00 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 5/31/2001 | 0.00 | 0.00 | 127.00 | $1,555.75 | $12.25 | 127.00 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 6/30/2001 | 0.00 | 0.00 | 104.25 | $1,277.07 | $12.25 | 104.25 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 7/31/2001 | 0.00 | 0.00 | 154.25 | $1,887.53 | $12.25 | 154.25 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 8/31/2001 | 0.00 | 0.00 | 154.25 | $1,887.53 | $12.25 | 154.25 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 9/30/2001 | 0.00 | 0.00 | 154.25 | $1,887.52 | $12.25 | 154.25 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 10/31/2001 | 0.00 | 0.00 | 176.25 | $2,158.05 | $12.25 | 176.25 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 11/30/2001 | 0.00 | 0.00 | 176.25 | $2,158.05 | $12.25 | 176.25 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 12/31/2001 | 0.00 | 0.00 | 176.25 | $2,158.04 | $12.25 | 176.25 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 1/31/2002 | 0.00 | 0.00 | 29.50 | $361.38 | $12.25 | 29.50 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 3/31/2002 | 0.00 | 0.00 | 83.50 | $1,022.88 | $12.25 | 83.50 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 4/30/2002 | 0.00 | 0.00 | 167.75 | $2,138.82 | $12.75 | 167.75 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 5/31/2002 | 0.00 | 0.00 | 191.00 | $2,435.25 | $12.75 | 191.00 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 6/30/2002 | 0.00 | 0.00 | 64.25 | $819.19 | $12.75 | 64.25 | $0.00 | $0.00 | $0.00 |
| Totals | | 0.00 | 0.00 | 1774.75 | $21,943.06 | | 1774.75 | $0.00 | $0.00 | $0.00 |

**SOLIS, JULIO** — Social Security Number:  ID: 2106

| Local | Date | Regular | Overtime | Total | Gross | Rate | Comptd | Bonus | Vacation | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| LNDSCP | 3/31/2003 | 0.00 | 0.00 | 115.50 | $1,414.88 | $12.25 | 115.50 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 4/30/2003 | 0.00 | 0.00 | 159.75 | $2,036.82 | $12.75 | 159.75 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 5/31/2003 | 0.00 | 0.00 | 191.00 | $2,435.25 | $12.75 | 191.00 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 6/30/2003 | 0.00 | 0.00 | 64.25 | $819.19 | $12.75 | 64.25 | $0.00 | $0.00 | $0.00 |
| Totals | | 0.00 | 0.00 | 530.50 | $6,706.14 | | 530.50 | $0.00 | $0.00 | $0.00 |

**MONSERRAT, IRRA** — Social Security Number:  ID: 5170

| Local | Date | Regular | Overtime | Total | Gross | Rate | Comptd | Bonus | Vacation | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| LNDSCP | 6/30/2002 | 0.00 | 0.00 | 79.25 | $1,010.44 | $12.75 | 79.25 | $0.00 | $0.00 | $0.00 |
| Totals | | 0.00 | 0.00 | 79.25 | $1,010.44 | | 79.25 | $0.00 | $0.00 | $0.00 |

**AMBRIZ, RAMON** — Social Security Number:  ID: 5739

| Local | Date | Regular | Overtime | Total | Gross | Rate | Comptd | Bonus | Vacation | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| LNDSCP | 7/31/2002 | 0.00 | 0.00 | 168.75 | $2,151.57 | $12.75 | 168.75 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 8/31/2002 | 0.00 | 0.00 | 238.00 | $3,034.50 | $12.75 | 238.00 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 9/30/2002 | 0.00 | 0.00 | 184.00 | $2,346.01 | $12.75 | 184.00 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 10/31/2002 | 0.00 | 0.00 | 208.50 | $2,658.39 | $12.75 | 208.50 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 11/30/2002 | 0.00 | 0.00 | 180.00 | $2,295.01 | $12.75 | 180.00 | $0.00 | $0.00 | $0.00 |

# Earthcrafters Inc.
## Contractor Inquiry
### For period 3/1/2001 - 12/31/2003

| Local | Date | Regular | Overtime | Total | Gross | Rate | Comptd | Bonus | Vacation | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| LNDSCP | 12/31/2002 | 0.00 | 0.00 | 24.00 | $306.00 | $12.75 | 24.00 | $0.00 | $0.00 | $0.00 |
| **Totals** | | 0.00 | 0.00 | 1003.25 | $12,791.48 | | 1003.25 | $0.00 | $0.00 | $0.00 |

**CORTEZ, CARLOS**   Social Security Number:    ID: 9021

| Local | Date | Regular | Overtime | Total | Gross | Rate | Comptd | Bonus | Vacation | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| LNDSCP | 3/31/2001 | 0.00 | 0.00 | 35.00 | $428.75 | $12.25 | 35.00 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 4/30/2001 | 0.00 | 0.00 | 135.25 | $1,656.81 | $12.25 | 135.25 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 5/31/2001 | 0.00 | 0.00 | 179.50 | $2,198.88 | $12.25 | 179.50 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 6/30/2001 | 0.00 | 0.00 | 96.25 | $1,179.07 | $12.25 | 96.25 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 7/31/2001 | 0.00 | 0.00 | 158.75 | $1,944.69 | $12.25 | 158.75 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 8/31/2001 | 0.00 | 0.00 | 158.75 | $1,944.69 | $12.25 | 158.75 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 9/30/2001 | 0.00 | 0.00 | 158.75 | $1,944.70 | $12.25 | 158.75 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 10/31/2001 | 0.00 | 0.00 | 173.50 | $2,125.38 | $12.25 | 173.50 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 11/30/2001 | 0.00 | 0.00 | 173.50 | $2,125.38 | $12.25 | 173.50 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 12/31/2001 | 0.00 | 0.00 | 173.50 | $2,125.38 | $12.25 | 173.50 | $0.00 | $0.00 | $0.00 |
| LNDSCP | 1/31/2002 | 0.00 | 0.00 | 29.50 | $361.38 | $12.25 | 29.50 | $0.00 | $0.00 | $0.00 |
| **Totals** | | 0.00 | 0.00 | 1472.25 | $18,035.11 | | 1472.25 | $0.00 | $0.00 | $0.00 |
| **Overall Totals** | | 0.00 | 0.00 | 6842.00 | $85,748.67 | | 6842.00 | $0.00 | $0.00 | $0.00 |