**Board of Trustees**
**Union**
Edward M. Smith, Chairman
Steven M. Cisco
Raymond Connors
John E. Price

**Employer**
James J. Daloisio, Sec.-Treas.
Mark A. Brown
Ray B. Chambers
Michael A. Laurello

Executive Administrator
Dora L. Crenshaw



# Railroad Maintenance and Industrial Health and Welfare Fund

December 29, 2005

***Via Certified and First Class Mail***
Faye Davis
Earthcrafters, Inc.
P.O. Box 881
Minooka, IL 60047

RE:   Compliance Payroll Audit
      March 1, 2001 to December 31, 2003

Dear Ms. Davis:

Pursuant to the instructions of the Fund Trustees, an audit was performed on your books and records for the period of March 1, 2001 to December 31, 2003.

Enclosed is a copy of the auditor's report. This report indicates that your company failed to make timely contributions for the employees as shown on the audit. Accordingly, your delinquent contributions totaled $17,301.00. You also owe interest and liquidated damages of $14,812.54, (calculated through December 31, 2005 and in accordance with the Fund's Agreement and Declaration of Trust), and audit costs of $975.00

Therefore, the total owed is:

|  |  |
|---|---|
| Contributions | $17,301.00 |
| Interest and Liquidated Damages | 14,812.54 |
| Audit Cost | 975.00 |
| TOTAL | $33,088.54 |

If you find the audit correct, please forward to this office a check made payable to the **Laborers' Fringe Benefit Fund** in the amount of **$30,088.54**.

However, if you have any questions, or, if the auditor's report is in any way inaccurate, please contact me and/or provide me with any challenges or documents which you believe would demonstrate and support your challenges regarding the amounts due.

Please respond within 15 days.

Sincerely,

SIGNATURE REDACTED -PJR

Dora L. Crenshaw
Executive Administrator

Enclosures
cc:   Delinquency Committee of the Board of Trustees'

EXHIBIT 3