**E-FILED**
Monday, 15 May, 2006  03:39:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.    04-3273 |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

TO:    Faye M. Davis
Earthcrafters
2636 East 28th Road
Marseilles, IL 61341-9529

NOTICE IS HEREBY GIVEN to you that the Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys filed a Motion for Default Judgment against you on the 15th day of May 2006.

YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiff's Motion without further notice to you seven (7) days after filing.

DATED this 15th day of May 2006.

RAILROAD MAINTENANCE AND
INDUSTRIAL HEALTH AND WELFARE
FUND, Plaintiff,

By:    s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

F:\files\RAILROAD\Earthcrafters\Not.Filing.DJ.wpd