E-FILED
Wednesday, 31 May, 2006  09:49:01 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | No.  04-CV-3273 |
| FAYE M. DAVIS, d/b/a Earthcrafters, | ) ) ) | |
| Defendant. | ) | |

## SECOND ORDER OF DEFAULT

## BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:

This cause coming on to be heard before the Court upon Plaintiff's Motion for Default [15] of Defendant Faye M. Davis d/b/a Earthcrafters.   The Court, being fully advised in the premises, finds that Defendant Faye M. Davis d/b/a Earthcrafters has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.   The Court further finds that on March 3, 2005 an Order of Default [6] was entered against Defendant Faye M. Davis d/b/a Earthcrafters.  Entry of default judgment based upon that Order of Default was deferred until an accounting could be performed.

IT  IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant Faye M. Davis d/b/a Earthcrafters. for her failure to answer in this cause in a timely manner as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiff makes application to the District Court for the entry of a default judgment against Defendant Faye M. Davis d/b/a Earthcrafters.

ENTERED this 31st day of May, 2006.

s/ Byron G. Cudmore

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE