IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 04-3273 |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The Court now considers Plaintiff Railroad Maintenance and Industrial health and Welfare Funds's Motion for Default Judgment. On May 31, 2006, United States Magistrate Judge Byron G. Cudmore determined that Defendant Faye M. Davis d/b/a Earthcrafters was in default. Having reviewed Judge Cudmore's order, Plaintiff's Motion for Default, and the relevant pleadings, the Court finds that Plaintiff is entitled to Default Judgment against Defendant.

<u>Ergo</u>, Defendant is ordered to pay Plaintiff audit liabilities in the

1

amount of $17,301.00 for the period from March 1, 2001 through December 31, 2003, plus audit costs in the amount of $975.00. Defendant is also ordered to pay Plaintiff attorney fees and costs in the amount of $2,270.79, as provided by the trust agreement and ERISA, 29 U.S.C. Section 1132(g)(2). Furthermore, Defendant must pay Plaintiff liquidated damages and interest in the amount of $14,812.54, as provided by the trust agreement. This case is CLOSED.

    IT IS SO ORDERED.

    ENTER:  June 9, 2006

    FOR THE COURT:        s/ Richard Mills
                                        United States District Judge