AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**RAILROAD MAINTENANCE AND**
**INDUSTRIAL HEALTH AND WELFARE FUND,**
             **Plaintiff,**

            vs.                                           Case Number:    **04-3273**

**FAYE M. DAVIS**
**d/b/a Earthcrafters,**
             **Defendant.**

☐  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED**, pursuant to an Order entered by the Honorable U.S. District Judge Richard Mills, Defendant is ordered to pay Plaintiff audit liabilities in the amount of $17,301.00 for the period of March 1, 2001 through December 31, 2003, plus audit costs in the amount of $975.00.  Defendant is also ordered to pay Plaintiff attorney fees and costs in the amount of $2,270.29. Defendant must pay Plaintiff liquidated damages and interest in the amount of $14,812.54.  This case is CLOSED.---------------------------

                             ENTER this 12th day of June 2006

                                s/ John M. Waters
                              JOHN M. WATERS, CLERK

                              _____s/ M. Eddings_____
                                BY:  DEPUTY CLERK