IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.    04-3273 |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

NOW COMES, BRITT W. SOWLE, of Cavanagh & O'Hara and hereby enters his appearance as co-counsel on behalf of Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH & WELFARE FUND.

Respectfully submitted,

RAILROAD MAINTENANCE AND
INDUSTRIAL HEALTH & WELFARE FUND,
Plaintiff

By:  s/Britt W. Sowle
    One of Plaintiff's Attorneys
    CAVANAGH & O'HARA
    1609 North Illinois Street
    Swansea, Illinois 62226
    (618)222-5945 - Telephone
    (618)222-6755 - Facsimile
    britt@cavanagh-ohara.com