IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No.   04-3273 ) |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) |
| Defendant. | ) |

**Certificate of Service**

I hereby certify that on December 4, 2006, I electronically filed an Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Faye M .Davis
2636 E 28th Road
Marseilles, Illinois 61341

                                                  s/britt w. sowle
                                                  Britt W. Sowle
                                                  Cavanagh & O'Hara
                                                  1609 North Illinois Street
                                                  Swansea, Illinois 62226
                                                  Phone: (618)222-5945
                                                  Fax: (618)222-6755
                                                  E-mail: britt@cavanagh-ohara.com