IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 04-3273 ) |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) ) |
| Defendant. | ) |

### PETITION FOR RULE TO SHOW CAUSE

NOW COMES the Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH & WELFARE FUND, hereinafter referred to as the "FUND," by and through its attorneys, Cavanagh & O'Hara, and for its Petition For Rule to Show Cause states to the Court as follows:

1. That on June 12, 2006, this court entered Judgment and ordered Defendant to pay Plaintiffs for audit liabilities due in the amount of $17,301.00 for the period of March 1, 2001 through December 31, 2003, plus audit costs of $975.00. Defendant was also ordered to pay Plaintiffs attorney fees and costs in the amount of $2,270.29. Further Defendant must pay Plaintiff liquidated damages and interest in the amount of $14,812.54.

2. That Defendant failed or refused to pay Plaintiffs as ordered; therefore, a Citation to Discover Assets hearing was held on September 21, 2006.

3. Defendant appeared at the September 21, 2006, Citation, however, failed to produce the necessary financial records as outlined in Schedule A of the Citation. Defendant was granted thirty (30) days to provide Plaintiffs with the financial documents discussed of record at the Citation hearing.

4. Defendant has failed or refused to provide the financial documents to Plaintiffs as outlined at the Citation to Discover Assets hearing.

WHEREFORE, Plaintiff prays that this Court enter an order upon the said Defendant, FAYE M. DAVIS d/b/a EARTHCRAFTERS, for them to show what cause, if any, they have, why they should not be held in contempt of court for their failure to comply with the previous orderS entered herein.

Respectfully submitted,
s/Britt W. Sowle
Britt W. Sowle
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
Phone: (618)222-5945
Fax: (618)222-6755
britt@cavanagh-ohara.com