E-FILED
Monday, 04 December, 2006 02:39:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.    04-3273 |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) ) | |
| Defendant. | ) | |

**ORDER FOR RULE TO SHOW CAUSE**

This cause coming on to be heard upon the Petition of RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH & WELFARE FUND, and the Court having reviewed same, finds that same should be granted.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that FAYE M. DAVIS D/B/A EARTHCRAFTERS, shall be, and hereby are ordered to be and appear before this Court on the ____ day of _____, 2006 at _____.m., at the United States District Court, Central District, Springfield Division, 600 E Monroe Street, Springfield, Illinois, 62701, and then and there show what cause, if any they have, why they should not be held in contempt of Court to abide by the Order entered on June 12, 2006 and the Citation of September 21, 2006.

Entered this ___ day of _____, 2006.

_____
Judge