IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No.   04-3273 ) |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) |
| Defendant. | ) |

**Certificate of Service**

I hereby certify that on December 4, 2006, I electronically filed a Petition for Rule to Show Cause with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Faye M .Davis
2636 E 28th Road
Marseilles, Illinois 61341

s/britt w. sowle
Britt W. Sowle
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
Phone: (618)222-5945
Fax: (618)222-6755
E-mail: britt@cavanagh-ohara.com