IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | No.  04-CV-3273 |
| FAYE M. DAVIS d/b/a Earthcrafters, | ) ) | |
| Defendant. | ) | |

## CERTIFICATE

**BEFORE U.S. MAGISTRATE JUDGE BYRON G. CUDMORE:**

On September 21, 2006, a hearing was held in this cause for a Citation to Discover Assets. The Plaintiff appeared through Attorney Britt Sowle. Defendant Faye M. Davis appeared, but failed to produce the necessary financial records as outlined in Schedule A of the Citation. Defendant was granted 30 days to provide Plaintiff with the financial documents discussed of record at the Citation hearing. Those 30 days have passed, and pursuant to Plaintiff's Petition for Rule to Show Cause (d/e 22), Defendant has not provided the financial documents.

The above facts are certified to the Court in accordance with 28 U.S.C. 636(e) for a determination whether the failure of Faye M. Davis to provide the financial documents as ordered by this Court, constitutes

contempt of this Court.

I am issuing an Order to Show Cause directing Faye M. Davis to appear before Hon. Richard Mills, U.S. District Judge, on January 8, 2007, at 1:30 p.m. to show cause, if any she has, why she should not be adjudged in contempt by reasons of the facts so certified. Plaintiff's Petition for Rule to Show Cause (d/e 22) remains active pending a ruling on same by U.S. District Judge Mills.

ENTERED this 5th day of December, 2006.

Respectfully submitted,

s/ Byron G. Cudmore

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE