IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | No. 04-CV-3273 |
| FAYE M. DAVIS d/b/a Earthcrafters, | ) ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

**BEFORE U.S. MAGISTRATE JUDGE BYRON G. CUDMORE:**

The Court, based upon the facts in the attached Certificate:

IT IS ORDERED that Faye M. Davis appear before the Hon. Richard Mills, U.S. District Judge, in Courtroom II, at the Findley Federal Building, 600 E. Monroe, Springfield, Illinois, on January 8, 2007 at 1:30 p.m. to show cause why she should not be found in contempt and punished for her failure to provide financial documents as directed by this Court on September 21, 2006.

A copy of this Order to Show Cause, together with a copy of the Certificate dated December 5, 2006, shall be served upon Faye M. Davis.

ENTERED this 5th day of December, 2006.

s/ Byron G. Cudmore
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE