**E-FILED**
Monday, 08 January, 2007  10:14:37 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND | ) | |
| INDUSTRIAL HEALTH AND WELFARE | ) | |
| FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.    04-3273 |
| | ) | |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO RESCHEDULE RULE TO SHOW CAUSE HEARING

NOW COMES the Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH & WELFARE FUND, hereinafter referred to as the "FUND," by and through its attorneys, Cavanagh & O'Hara, and moves to reschedule its Rule to Show Cause states to the Court as follows:

1.     That on June 12, 2006, this court entered Judgment and ordered Defendant to pay Plaintiffs for audit liabilities due in the amount of $17,301.00 for the period of March 1, 2001 through December 31, 2003, plus audit costs of $975.00.  Defendant was also ordered to pay Plaintiffs attorney fees and costs in the amount of $2,270.29.  Further Defendant must pay Plaintiff liquidated damages and interest in the amount of $14,812.54.

2.     That Defendant failed or refused to pay Plaintiffs as ordered; therefore, a Citation to Discover Assets hearing was held, however, Defendant failed to produce the requested financial records.

3.     Defendant has failed or refused to provide the financial documents to Plaintiffs as outlined at the Citation to Discover Assets hearing.  A Rule to Show Cause hearing was scheduled for January 8, 2007 with respect to the Judgment for Plaintiff and against Defendant,

as well as, for the requested financial documents.

4.     That on Friday, January 5, 2007, Plaintiff received some of the records and financial documentation from the Defendant, which is currently under review.

5.     That Plaintiff has been unable to serve said Order for Rule to Show Cause on Defendant and requests that said Rule to Show Cause Hearing be rescheduled for thirty days or the next available court date so that the records and financial documentation produced by Defendant may be reviewed and a determination made as whether the Show Cause hearing must be rescheduled.

WHEREFORE, Plaintiff moves to reschedule its Rule to Show Cause.

Respectfully submitted,
s/Britt W. Sowle
Britt W. Sowle
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
Phone: (618)222-5945
Fax: (618)222-6755
britt@cavanagh-ohara.com