IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.   04-3273 |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that on January 8, 2007, I electronically filed a Motion to Reschedule Rule to Show Cause with the Clerk of Court using the CM/ECF system and on January 8, 2006, will send notification of such filings(s) to the following:

Faye M .Davis
2636 E 28th Road
Marseilles, Illinois 61341

> s/britt w. sowle
> Britt W. Sowle
> Cavanagh & O'Hara
> 1609 North Illinois Street
> Swansea, Illinois 62226
> Phone: (618)222-5945
> Fax: (618)222-6755
> E-mail: britt@cavanagh-ohara.com