**E-FILED**
Monday, 08 January, 2007  10:14:58 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.    04-3273 |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) | |
| Defendant. | ) | |

### ORDER

This cause coming on to be heard upon Plaintiff's Motion to Reschedule Rule to Show Cause

in the above captioned matter, the court having reviewed same.

IT IS HEREBY ORDERED that upon good cause shown the Rule to Show Cause on January 8,

2007 is rescheduled for the _____ day of _____, 2007.

Entered this _____ day of _____, 2007.

_____
Judge