E-FILED
Thursday, 18 January, 2007  02:06:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, <br><br> Plaintiff, <br><br> vs. <br><br> FAYE M. DAVIS d/b/a, EARTHCRAFTERS, <br><br> Defendant. | ) ) ) ) ) ) ) ) No. 04-3273 ) ) ) ) ) |

## CITATION TO DISCOVER ASSETS

To:   Peoples Bank
      223 North Mill Street
      P. O. Box 680
      Pontiac, IL 61764

**YOU ARE COMMANDED** to appear before the Honorable presiding Magistrate Judge Byron Cudmore at the United States District Court, Central District, 151 U.S. Courthouse, 600 E. Monroe Street Springfield, IL 62701, on **February 15, 2007, at 2:45 p.m.** to be examined under oath concerning the property or income of Faye M. Davis and Earthcrafters, Inc.

On June 12, 2006, Judgment was entered in favor of the Plaintiff and against the Defendant for payment of audit liabilities in the amount of $17,301.00 for the period of March 1, 2001 through December 31, 2003, plus audit costs in the amount of $975.00, liquidated damages in the amount of $14,812.54 and attorneys fees in the amount of $2,270.29. The sum of $35,358.83 remains unsatisfied.

**YOU ARE COMMANDED** to complete the Third Party Respondent Answer to Citation Proceedings and produce at the examination (bring with you) all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of Faye M. Davis and Earthcrafters, Inc.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of this Court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

RAILROAD MAINTENANCE AND )
INDUSTRIAL HEALTH AND WELFARE )
FUND, )
)
)
       Plaintiff, )
)
vs. ) No.   04-3273
)
FAYE M. DAVIS d/b/a, EARTHCRAFTERS, )
)
       Defendant. )

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**

_____(Citation Respondent), certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A)    Savings Account (Amount withheld) $_____

B)    Checking and/or Now Account (Amount withheld) $ _____

C)    Certificate of Deposit (Amount held)$_____

D)    Money Market Account (Amount held) $_____

E)    Trust Account (Amount held) $ _____

F)    Safety Deposit Box $ _____

G)    No Accounts_____

H)    Adverse Claimant: Name _____ Address_____

_____

I)    Wages, Salary or Commissions_____

    J)        Other Personal Property (Describe)_____

        Attach a sheet for any additional information required by the Citation

        **Sub-Total** _____

Less right of offset for other loans   _____

Less deduction for fees limited by
205 ILCS 5/48.1   _____

        **Total** _____

According to the business records kept by the Citation Respondent, we show the above information to be correct.

        _____
        Agent for Citation Respondent

        _____
        Date

Respondent/Agent:

Agent Name _____
Business Name _____
Address _____
_____
Phone _____
Fax _____

**A COPY OF THIS ANSWER SHOULD BE MAILED TO THE COURT, ATTORNEY FOR PLAINTIFF OR JUDGMENT CREDITOR AND THE DEFENDANT.**

**FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN JAIL.**

WITNESS: JOHN M. WATERS, Clerk of the District Court, and the seal thereof, at Springfield, Illinois.

Dated: Jan 18, 2007.

s/ John M. Waters
Clerk of Court
B Hansen

James P. Moody
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
jim@cavanagh-ohara.com