*ptember 21, 2006*
*ge 2*

(ⓐ)   I certify that I served this summons on defendants as follows:

(a)   (Individual defendants – personal):
By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of defendant | Date of service |
|---|---|
| Fagan Davis | 01-16-07 |

(b)   (Individual defendants-abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at this usual place of abode, as follows:

| Name of defendant | Person with Whom left | Date of service | Date of Mailing |
|---|---|---|---|
| | | | |

(c)   (Corporation defendants):
By leaving a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |

(d) (Other service):

Sheriff's Fees

| | |
|---|---|
| Service | $ 20.00 |
| Mileage | $ 14.00 |
| Copies | $ |
| Taking Bond | $ |
| Return | $ 5.00 |
| **TOTAL** | $ 39.00 |

Sheriff of LaSalle County
By _____, Deputy