Sheriff's Office, County of LIVINGSTON
AFFIDAVIT OF SERVICE
3:04-cv-03273-RM-BGC    # 28    Page 1 of 1

E-FILED
Thursday, 08 February, 2007 01:37:24 PM
Clerk, U.S. District Court, ILCD

CASE #      043273              CASE SEQUENCE     31340
FILED DATE  1/18/07             RECEIVED DATE     2/05/07      DUE DATE   2/09/07

DEFENDANT/WITNESS       PEOPLES BANK
PRIMARY ADDRESS:                                ALTERNATE/EMPLOYER ADDRESS:
        223 N MILL ST
        PONTIAC, IL 61764


                                                CAVANAGH & O'HARA
PLAINTIFF   RAILROAD MAINTENACE                 SPRINGFIELD, IL 62705
**********************************************************************
PAPERS SERVED: CITATION/DISCOVER ASSETS

(A)   I CERTIFY THAT I SERVED THE ABOVE PAPERS ON THE DEFENDANT AS FOLLOWS:

___   1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE ABOVE PAPERS
        WITH THE NAMED DEFENDANT PERSONALLY.

___   2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ABOVE PAPERS
        AT THE ABOVE ABODE WITH SOME PERSON OF THE FAMILY, OF THE AGE OF 13
        YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS
        THEREOF.  ALSO, A COPY OF THE ABOVE PAPERS WAS MAILED TO THE
        DEFENDANT AT THE ABOVE ADDRESS.

 X    3 SERVICE ON:   CORPORATION    COMPANY    BUSINESS    PARTNERSHIP
        BY LEAVING A COPY OF THE ABOVE PAPERS (OR INTERROGATORIES)
        WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE
        DEFENDANT.
                                        Signature redacted
(B)   Robert C. McCarty, Sheriff             MARGHERIO, MARIE, DEPUTY

        NAME OF DEFENDANT/WITNESS - PEOPLES BANK
          SEX              RACE              DOB

        PERSON SERVED FOR DEFENDANT/WITNESS  CORRIGAN, ROGER
        RELATIONSHIP TO    DEFENDANT/WITNESS VICE PRESIDENT
        ADDRESS SERVED     223 N MILL ST  PONTIAC, IL 61764
        TOWNSHIP SERVED    4720 - PONTIAC
        SERVED ON THIS     6TH DAY OF FEBRUARY , 2007   TIME 11:30 AM

          REMARKS     THIS BANK IS NOW CALLED FREESTAR BANK


**********************************************************************
REASON NOT SERVED:                      SHERIFFS FEES:
___  MOVED                                SERVICE      36
___  WRONG ADDRESS
___  RETURNED BY ATTY                     MILEAGE       1
___  OTHER REASONS
                                          RETURN        5

                                          TOTAL        42