AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__CENTRAL__ DISTRICT OF __ILLINOIS__

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND,
    Plaintiff,
  -vs-
FAYE M. DAVIS d/b/a EARTHCRAFTERS,
    Defendant.

**APPEARANCE**

Case Number: 04-3273

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/26/2007 | s/ John A. Wolters |
| Date | Signature |
| | John A. Wolters     6270842 |
| | Print Name     Bar Number |
| | 407 East Adams Street, P. O. Box 5043 |
| | Address |
| | Springfield     IL     62705 |
| | City     State     Zip Code |
| | (217) 544-1771     (217) 544-9894 |
| | Phone Number     Fax Number |

## PROOF OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 26th day of February 2007:

      Faye M. Davis
      Earthcrafters
      2636 East 28th Road
      Marseilles, IL 61341-9529

and that the original was filed with the Clerk of the Court in which said cause is pending.

      RAILROAD MAINTENANCE AND
      INDUSTRIAL HEALTH AND WELFARE FUND,
      Plaintiff,

      By:      s/ John A. Wolters
      JOHN A. WOLTERS
      **CAVANAGH & O'HARA**
      Attorney for Plaintiff
      407 East Adams Street
      Post Office Box 5043
      Springfield, IL 62705
      Telephone: (217) 544-1771
      Fax: (217) 544-9894
      johnwolters@cavanagh-ohara.com