## EARTHCRAFTERS DOCUMENTS RECEIVED

1. List of Assets and Liabilities for the Corporation

2. Supporting documentation for the liabilities

3. Cancelled checks for the corporation for 2002

4. Bank statements for the corporation for 2001

5. U.S Tax returns for 2002 and several pages from a corporate return for an unidentified year.

6. Federal quarterly tax statements for 2000 through 2004.

7. W-2s for 2002 and 2003.

8. Check Registers and Payroll Documents for 2002

## EARTHCRAFTERS DOCUMENTS REQUESTED NOT RECEIVED

1. Titles and deeds to property and vehicles owned by Faye Davis and Earthcrafters.

2. Current mortgage statements or documents related to ownership interests in real property and equity in same.

3. Personal tax returns

4. Current bank statements for personal and business accounts

5. Documents from the IRS regarding negotiations of amounts owed and/or offer and compromise materials.

6. Loan agreement with Pontiac National Bank



Court's Exhibit 1

Received Jan 5, 2007

## Assets of Faye Davis / Earthcrafters Inc.

| YEAR | MAKE | MODEL | VALUE | MILES |
|---|---|---|---|---|
| 1995 | CHEVY | K3500 | 3,500.00 | 140,000 + |
| 1995 | CHEVY | K3500 | 2500.00 | 160,000 (Not Running) |
| 1998 | CHEVY | C3500 | 3500.00 | 100,000 (Not Running) |
| 1987 | INTERNATIONAL | 1700 | 3,000.00 | 240,000 |
| 1998 | Licoln | Navigator | 5,000.00 | 160,000 |

### MACHINARY & EQUIPMENT

| | | |
|---|---|---|
| FINN | HYDROSEEDER | 7,000.00 |
| JOHN DEERE | 4300 | 6,000.00 |
| JOHN DEERE | 5210 | 10,000.00 |
| SEEDER | SPREAD | 200.00 |
| SEEDER | OVERSEEDER | 800.00 |
| DISK | | 500.00 |
| MUSTANG | FLATBED TRAILER | 500.00 |
| ENCLOSED | TRAILER | 5,500.00 |

Home Equity $140,000.00 value- $95969.63 Loan=$49,030.37/2=$24,515.19 Fayes half

Total Assets   $72515.19



Court's EXHIBIT 2