

# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS | TEL: 217.492.4020<br>FAX: 217.492.4028 |

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

March 15, 2007

IN THE MATTER OF:

RAILROAD MAINTENANCE AND INDUSTRIAL  )
HEALTH AND WELFARE FUND               )
                                      )
                                      )
v.                                    )    04-3273
                                      )
FAYE M. DAVIS, d/b/a EARTHCRAFTERS    )

TO: GRUNDY COUNTY NATIONAL BANK

Per request of this Court, please provide copies of all mortgage documents, including current balance, payment schedules, payment history, description of property and current payment status relating to Faye M. Davis and/or Earthcrafters. Copies of these documents can be faxed to Cavanagh & O'Hara at 217-544-9894, Attention: John Wolters.

JOHN M. WATERS, Clerk
UNITED STATES DISTRICT COURT



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

March 15, 2007

IN THE MATTER OF:

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND | ) ) ) ) | |
| v. | ) ) | 04-3273 |
| FAYE M. DAVIS, d/b/a EARTHCRAFTERS | ) | |

TO: PONTIAC NATIONAL BANK, now known as FREESTAR

Per request of this Court, please provide copies of all loan documents and promissory notes, as well as description of collateral and current status of collateral. Please also provide for all loans and notes the following: current balance, payment schedules, payment history, description of property and current payment status relating to Faye M. Davis and/or Earthcrafters. Also please provide copies of bank statements for investments, savings, and time deposits for Faye M. Davis and/or Earthcrafters for the period 2002 - 2006. Copies of these documents can be faxed to Cavanagh & O'Hara at 217-544-9894, Attention: John Wolters.

JOHN M. WATERS, Clerk
UNITED STATES DISTRICT COURT