E-FILED
Monday, 19 March, 2007  03:57:56 PM
 Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **BENCH WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 04-3273** |
| **Faye M. Davis** | ) | |
| 2636 E 28th Road | ) | |
| Marseilles, IL 61341 | ) | |
| Telephone No: 715-357-8534 | ) | |
| Defendant | ) | |

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **Faye M. Davis**, and bring him or her forthwith to the nearest magistrate judge to answer why defendant failed to appear at the show cause hearing scheduled for Monday, March 12, 2007 at 2:30 p.m. in violation of Title 18, United States Code, Section(s)1073. *Any documentary evidence relating to Court Exhibits 1 and 2 in plaintiff's possession should accompany her at time of arrest.*

RECEIVED 2007 MAR 12 P 4:40 US MARSHALS SERVICE CENTRAL ILLINOIS

**JOHN M. WATERS**                    **CLERK U.S. DISTRICT COURT**
Name of Issuing Officer                Title of Issuing Officer

s/John M. Waters    *[signature]*

_____        March 12, 2007 at Springfield, Illinois
Signature of Issuing Officer            Date and Location

**Bail fixed at $ No Bail/Bond by US District Judge Richard Mills.**

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _MARSeilles, IL_

| Date Received 03/12/07 | Name of Arresting Officer _Alex J. Stacy_ | Signature of Arresting Officer |
| Date of Arrest 03/15/07 | Title of Arresting Officer _Deputy U.S. Marshal_ | _Alex J. St___ |