# CAVANAGH & O'HARA
### Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle
John A. Wolters

Of Counsel
Michael J. Masterson, P.C.

*Swansea Office*
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Telefax (618) 222-6755

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

April 26, 2007

Faye Davis
2636 East 28th Road
Marseilles, IL  61341-9529

    Re:   ***Railroad Maintenance and Industrial Health and Welfare Fund v. Faye M. Davis d/b/a Earthcrafters***
          ***U.S. District Court Case No. 04-3273***

Dear Ms. Davis:

Per the Court's directive, we are returning to you the following records.

- 2002 original canceled checks;
- 2002 original checkbook stubs;
- 2002 U.S. Income Tax Return;
- 2001, 2002, 2003 Employer's Contribution and Wage Reports;
- 2001, 2002 Payroll and Withholding Summaries
- 2001, 2002 Employee Hours/Earnings Summaries;
- 2002, 2003  Check Registers;
- 2001, 2002, and 2003  Bank Statements;
- 2001 2002, and 2003 Employer's Quarterly Federal Tax Returns;
- 2002 and 2003 W-2s;
- 2001, 2002, and 2003 Employer's Annual Federal Unemployment Tax Returns.
- Articles of Incorporation filed 1999

These represent all the records you have turned over to us prior to and after the citation proceedings. If you have any questions regarding the enclosed, you should contact me at 217-544-1771.

Yours truly,

John A. Wolters

Enclosure

F:\files\RAILROAD\Earthcrafters\Davis42607ltr.wpd

# CAVANAGH & O'HARA
### Attorneys At Law

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle
John A. Wolters

Of Counsel
Michael J. Masterson, P.C.

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

Swansea Office
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Telefax (618) 222-6755

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

May 4, 2007

Faye Davis
2636 East 28th Road
Marseilles, IL  61341-9529

   Re: *Railroad Maintenance and Industrial Health and Welfare Fund v.*
     *Faye M. Davis d/b/a Earthcrafters*
     *U.S. District Court Case No. 04-3273*

Dear Ms. Davis:

  On April 26, 2007, pursuant to the Court's directive, I returned to you all records we had in our possession. In the letter enclosed, I requested you contact me if you had any questions about the records. Since I have not heard from you, I will presume you have no questions or comments regarding the returned records. Nonetheless, please feel free to call me regarding the records returned to you.

  You should be aware that as of today, I have received no other records or documents from the banks since the last hearing before Judge Mills.

            Yours truly,

            John A. Wolters

F:\files\RAILROAD\Earthcrafters\Davis050407ltr.wpd