E-FILED
Thursday, 24 May, 2007 04:06:21 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )  **WARRANT FOR ARREST**
    Plaintiff )
)
vs )
)
FAYE M. DAVIS )  **CASE NO. 04-3273**
2636 E 28th Road )
Marseilles, IL   61341 )
Telephone No:  815-592-4628 )
)
)
)
    Defendant )

FILED
MAY 23 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED 2007 MAY 15 P 3:31 US MARSHALS SERVICE CENTRAL ILLINOIS

TO:     THE U. S. MARSHAL and any
        AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **FAYE M. DAVIS,** and bring him or her forthwith to answer why defendant failed to appear at the status hearing scheduled for May 15, 2007 at 2:00 p.m. in violation of Title 18, United States Code, Section(s)1073. *Any documentary evidence relating to Court Exhibits 1 and 2 in plaintiff's possession should accompany her at time of arrest .*

*(signature)*

**JOHN M. WATERS**                           **CLERK U.S. DISTRICT COURT**
Name of Issuing Officer                      Title of Issuing Officer

s/John M. Waters
_____              _May 15, 2007 at Springfield, Illinois_____
Signature of Issuing Officer                 Date and Location

**Bail fixed at $  No Bail/Bond by US DISTRICT JUDGE RICHARD MILLS .**

---

**RETURN**
This warrant was received and executed with the arrest of the above named defendant at _Marseilles_

| Date Received 5/15/07 | Name of Arresting Officer  Bob Doty | Signature of Arresting Officer |
| Date of Arrest 5/15/07 | Title of Arresting Officer  DUSM | *(signature)* |