IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 04-3273 |
| FAYE M. DAVIS d/b/a EARTHCRAFTERS | ) ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, and for this Motion to Continue, states the following.

1.     On May 15, 2007, this court set a hearing date of July 19, 2007 in order to proceed with a pending Rule to Show Cause hearing.

2.     At that time, plaintiff's counsel advised this Court of its plan to subpoena several banks to obtain relevant information for the pending Citation to Discover Assets hearing.

3.     These subpoenas were sent on June 12, 2007.

4.     On July 13, 2007, Plaintiff's counsel, after several phone calls and letters, finally received documents from Freestar Bank (formerly known as Pontiac National Bank) in response to the subpoena.

5.     However, those documents raise questions regarding UCC filings and a subordination agreement with Sun Capital Inc.

6.     Specifically, the UCC documents show Freestar and/or Sun Capital Inc. hold security interests on inventory, equipment, accounts, instruments, documents, chattel paper, and general intangibles. However, the specific collateral is not listed in the documents.  Further, there are questions as to Sun Capital Inc.'s, as well as FreeStar Bank's, rights to this equipment and the consideration paid by Sun Capital Inc. for this subordination agreement.

7.	Plaintiff believes it would be most efficient to resolve the issues discussed above prior to proceeding with any other hearings.

8.	Plaintiff's counsel has been in contact with the Defendant, Faye Davis, who has no objection to the continuance. Plaintiff's counsel has made arrangements to contact the Defendant if this Motion to Continue is granted.

9.	Therefore Plaintiff requests a continuance of the hearing scheduled for July 19, 2007 at 2:00 for a period of thirty to 45 days.

WHEREFORE Plaintiff requests a continuance of the hearing on this matter which is now set for July 19, 2007.

s/ John A. Wolters<br>
JOHN A. WOLTERS<br>
**CAVANAGH & O'HARA**<br>
407 East Adams<br>
Post Office Box 5043<br>
Springfield, Illinois 62705<br>
Telephone: (217) 544-1771<br>
Fax: (217) 544-9894<br>
johnwolters@cavanagh-ohara.com

F:\files\RAILROAD\Earthcrafters\Motion to Continue.Earthcrafters.wpd

**PROOF OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 17th day of July 2007:

Faye M. Davis<br>
Earthcrafters<br>
2636 East 28th Road<br>
Marseilles, IL 61341-9529

and that the original was filed with the Clerk of the Court in which said cause is pending.

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, Plaintiff,

By:   s/ John A. Wolters
John A. Wolters
**CAVANAGH & O'HARA**
Attorney for Plaintiff
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
johnwolters@cavanagh-ohara.com