IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 04-3273 ) |
| FAYE M. DAVIS d/b/a EARTHCRAFTERS | ) ) |
| Defendant. | ) |

## NOTICE OF INTENT TO REQUEST REDACTION

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, and for this Notice of Intent to Request Redaction states as follow:

1. Plaintiff's Counsel has reviewed the Transcript of Proceedings held on September 10, 2007 before Judge Mills.

2. Plaintiff's Counsel has identified two possible redactions that are needed to comply CDIL-LR 5.2 and the Administrative Procedures referenced therein.

3. Therefore, Plaintiff's Counsel intends to file a Motion of Requested Redactions.

　　　　　　　　　　　　　　　　　　　s/ John A. Wolters
　　　　　　　　　　　　　　　　　　JOHN A. WOLTERS
　　　　　　　　　　　　　　　　　　**CAVANAGH & O'HARA**
　　　　　　　　　　　　　　　　　　407 East Adams
　　　　　　　　　　　　　　　　　　Post Office Box 5043
　　　　　　　　　　　　　　　　　　Springfield, Illinois 62705
　　　　　　　　　　　　　　　　　　Telephone: (217) 544-1771
　　　　　　　　　　　　　　　　　　Fax: (217) 544-9894
　　　　　　　　　　　　　　　　　　johnwolters@cavanagh-ohara.com

F:\files\RAILROAD\Earthcrafters\Noticeof IntenttoRedact.wpd

## PROOF OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 24th day of September 2007:

Faye M. Davis  
Earthcrafters  
2636 East 28th Road  
Marseilles, IL 61341-9529  

and that the original was filed with the Clerk of the Court in which said cause is pending.

                              RAILROAD MAINTENANCE AND INDUSTRIAL  
                              HEALTH AND WELFARE FUND, Plaintiff,

                        By:        s/ John A. Wolters  
                              John A. Wolters  
                              **CAVANAGH & O'HARA**  
                              Attorney for Plaintiff  
                              407 East Adams Street  
                              Post Office Box 5043  
                              Springfield, IL 62705  
                              Telephone: (217) 544-1771  
                              Fax: (217) 544-9894  
                              johnwolters@cavanagh-ohara.com