E-FILED
Wednesday, 26 September, 2007 02:53:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.   04-3273 |
| FAYE M. DAVIS d/b/a, EARTHCRAFTERS, | ) ) ) | |
| Defendant. | ) | |

### STATUS REPORT

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Status Report, states:

1. A Rule to Show Cause hearing and Citation hearing were held on September 10, 2007.

2. The Defendant has assets but the Internal Revenue Service holds a recorded lien (in LaSalle County) that is earlier than the Plaintiff's judgment lien (also recorded in LaSalle County).

3. Defendant's assets consist of real property and various equipment and commercial vehicles that may have sufficient value to satisfy the IRS lien (if negotiated) and Plaintiff's Judgment.

4. At the September 10, 2007 hearing the Plaintiff communicated its intent to pursue Defendant's assets upon resolution of the IRS lien.

5.  Also on September 10, 2007, at the request of the Court, the Defendant consented to signing any appropriate form or document to allow the Plaintiff to communicate with the IRS regarding the status of the resolution of the IRS lien.

6.  If the IRS lien is resolved, Plaintiff will seek another citation hearing to identify any assets still available for turnover to satisfy the debt.

7.  In addition, Plaintiff now moves to strike the pending Motion for Rule to Show Cause.

Respectfully submitted,

                RAILROAD MAINTENANCE AND
                INDUSTRIAL HEALTH AND WELFARE FUND,
                Plaintiff,

By:    s/ John A. Wolters
      JOHN A. WOLTERS
      **CAVANAGH & O'HARA**
      Attorney for Plaintiff
      407 East Adams Street
      Post Office Box 5043
      Springfield, IL 62705
      Telephone: (217) 544-1771
      Fax: (217) 544-9894
      johnwolters@cavanagh-ohara.com

## PROOF OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 26th day of September, 2007:

>Faye M. Davis
>Earthcrafters
>2636 East 28th Road
>Marseilles, IL 61341-9529

and that the original was filed with the Clerk of the Court in which said cause is pending.

>RAILROAD MAINTENANCE AND
>INDUSTRIAL HEALTH AND WELFARE FUND,
>Plaintiff,
>
>By:     s/ John A. Wolters
>      JOHN A. WOLTERS
>      **CAVANAGH & O'HARA**
>      Attorney for Plaintiff
>      407 East Adams Street
>      Post Office Box 5043
>      Springfield, IL 62705
>      Telephone: (217) 544-1771
>      Fax: (217) 544-9894
>      johnwolters@cavanagh-ohara.com

F:\files\RAILROAD\Earthcrafters\Status report.092607.wpd